# MNR
## MARCUS NEIMAN & RASHBAUM LLP

www.MNRLawFirm.com

October 15, 2014

By ECF

Mr. James Gatta, AUSA
Mr. Anthony Capazzola, AUSA
Mr. Nathan Riley, AUSA
United States Attorney's Office
Eastern District of New York
217 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Michael Grimm
              Case No. 14-248-PKC-RML

Mssrs. Gatta, Capazzola, and Riley:

      The government has recently produced Section 3500 Materials, namely recordings made by a government informant and a third party. The recordings reference numerous text messages between the government informant and the individual he recorded. We believe these recordings are also Section 3500 Materials and potential *Giglio*. In order to place the recently produced recordings in context, we are requesting the immediate production of these text messages.

        Sincerely,

        /s Jeffrey A. Neiman

        Jeffrey A. Neiman
        Daniel Rashbaum

        MARCUS NEIMAN & RASHBAUM LLP
        100 Southeast Third Avenue, Suite 805
        Fort Lauderdale, Florida 33394

        Counsel for Mr. Grimm

Cc:    Clerk of the Court (PKC)(by ECF)

MIAMI OFFICE    FORT LAUDERDALE OFFICE
One Biscayne Tower    One Financial Plaza
2 South Biscayne Boulevard, Suite 1750, Miami 33131    100 Southeast Third Avenue, Suite 805, Ft Lauderdale 33394