

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JDG:NR                                    *271 Cadman Plaza East*
F. #2014R00763                            *Brooklyn, New York 11201*

November 5, 2014

<u>By Electronic Mail and Overnight Delivery</u>

Jeffrey A. Neiman, Esq.
Daniel Rashbaum, Esq.
Marcus, Neiman & Rashbaum, LLP
Two South Biscayne Boulevard, Suite 1750
Miami, Florida 33131

       Re:    United States v. Michael Grimm
             <u>Criminal Docket No. 14-248 (PKC)</u>

Dear Counsel:

        Enclosed are copies of text messages and attachments to certain of those text messages that the government is disclosing pursuant to 18 U.S.C. § 3500 and Rule 26.2 of the Federal Rules of Criminal Procedure in connection with trial in the above-referenced case ("Section 3500 Material"). The enclosed text messages and attachments are detailed in the enclosed chart. The enclosed material is provided to you pursuant to the Stipulation and Order issued by the Court on October 7, 2014. The government will provide you with additional disclosures of Section 3500 Material in advance of trial and consistent with our practice and our obligations under the law.

Jeffrey A. Neiman, Esq.
Daniel Rashbaum, Esq.
November 5, 2014
Page 2

    Should you have any questions regarding the enclosed material, please do not hesitate to contact us.

         Sincerely,

         LORETTA E. LYNCH
         United States Attorney

    By: /s/ Nathan Reilly_____
         Anthony M. Capozzolo
         James D. Gatta
         Nathan Reilly
         Assistant U.S. Attorneys

cc:  Clerk of the Court (PKC) (by ECF) (w/o enclosures)