

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JDG/AMC/NR
F. #2014R00763

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 7, 2014

<u>By Hand</u>

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Michael Grimm
       <u>Criminal Docket No. 14-248 (PKC)</u>

Dear Judge Chen:

  Pursuant to the discussion at the status conference on October 21, 2014 and the Court's scheduling order entered on that date, enclosed is a proposed jury questionnaire to be used in connection with trial in the above-captioned case. This proposed questionnaire is submitted on behalf of both parties.

          Respectfully submitted,

          LORETTA E. LYNCH
          United States Attorney

       By: /s/James D. Gatta
         Anthony M. Capozzolo
         James D. Gatta
         Nathan Reilly
         Assistant U.S. Attorneys

cc: Defense counsel (by e-mail)
   Clerk of the Court (PKC) (by ECF) (w/o enclosure)