# MNR
## MARCUS NEIMAN & RASHBAUM LLP

www.MNRLawFirm.com

November 26, 2014

By ECF

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

                                                    Re:    United States v. Michael Grimm
                                                                Criminal Docket No. 14-248 (PKC)

Dear Judge Chen:

      The Court recently set a status conference for December 11, 2014 in the above referenced matter. Counsel for Mr. Grimm are currently scheduled to be attending and presenting at a conference from December 10-12. Therefore, counsel respectfully requests the Court to reschedule the status conference for either December 8, 9, or the week of December 14. Counsel for the government does not oppose this request. AUSA James Gatta notified undersigned counsel that the government is available anytime on December 8th and from 11 am to 1:30 pm and after 4 pm on December 9th.

                                                                  Respectfully submitted,

                                                                 /s JEFFREY A. NEIMAN

                                                                JEFFREY A. NEIMAN
                                                                DANIEL L. RASHBAUM
                                                                Attorneys for Mr. Grimm

Cc:     Clerk of the Court (PKC)(by ECF)
           COUNSEL FOR GOVERNMENT

MIAMI OFFICE    FORT LAUDERDALE OFFICE
One Biscayne Tower    One Financial Plaza
2 South Biscayne Boulevard, Suite 1750, Miami 33131    100 Southeast Third Avenue, Suite 805, Ft Lauderdale 33394