**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AMC/JDG/NR
F. #2014R00763

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 17, 2014

<u>By ECF</u>

The Honorable Pamela K. Chen
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:    <u>United States v. Michael Grimm</u>
                 <u>Criminal Docket No. 14-248 (PKC)</u>

Dear Judge Chen:

       The government respectfully submits this letter to request an extension of time by which to file its motions <u>in limine</u> in connection with trial in the above-referenced case. The government's motions are due on December 19, 2014. The government requests that it be permitted to file its motions <u>in limine</u> by December 23, 2014. The defendant, through his counsel, consents to this request.

                                       Respectfully submitted,

                                       LORETTA E. LYNCH
                                       United States Attorney

                 By:    /s/James D. Gatta
                         Anthony M. Capozzolo
                         James D. Gatta
                         Nathan Reilly
                         Assistant U.S. Attorneys

cc:    Defense counsel (by email and ECF)
       Clerk of the Court (PKC) (by ECF)