

LAW OFFICES
# KAPLAN & SCONZO, P.A.
A PROFESSIONAL ASSOCIATION

PGA FINANCIAL PLAZA
3399 PGA BOULEVARD
SUITE 180
PALM BEACH GARDENS, FL 33410
TELEPHONE (561) 296-7900
FACSIMILE (561) 296-7919
WEB PAGE: HTTP://WWW.KAPLANSCONZOLAW.COM

ORLANDO OFFICE
2014 EDGEWATER DRIVE
SUITE 128
ORLANDO, FL 32804
TELEPHONE (407) 218-4487

PLEASE REPLY TO:
PALM BEACH GARDENS

STUART N. KAPLAN*
JOSEPH G. SCONZO
GREGORY S. SCONZO
JENNIFER RAYBON**
ADMITTED FL & NY*
CERTIFIED MEDIATOR**

SOLOMON H. KAPLAN
1930-2013

JO-ELL WISE
PARALEGAL

December 22, 2014

**Via Facsimile: (718) 613-2516**
The Honorable Pamela Chen
225 Cadman Plaza East
Chambers N631
Brooklyn, NY 11201

RE: U.S. v. Michael Grimm
Case No.: 14-CR-00248

Dear Judge Chen:

As you are aware my office along with Attorney Jeffrey Neiman of the firm Marcus, Neiman & Rashbaum, LLP, represents Michael Grimm in connection with the charges contained within the above referenced indictment. As the Court is aware, a hearing is scheduled for December 23, 2014 at 1:00 p.m. Attorney Jeffrey Neiman will personally appear before the Court along with the Defendant. Counsel herein respectfully requests to appear at this hearing telephonically.

I have spoken with AUSA James Gatta and AUSA Anthony Capozzolo concerning this application. Mr. Gatta and Mr. Capozzolo have indicated that they have no objection to Counsel appearing telephonically.

Wherefore, it is respectfully requested that Counsel herein be granted permission to appear telephonically at the hearing which is scheduled for December 23, 2014 at 1:00 p.m.

Respectfully submitted,

Stuart N. Kaplan

SNK/jw
cc: AUSA Anthony Capozzolo
    (Via E-mail:anthony.capozzolo@usdoj.gov)