**DOCKET NUMBER**:     14 CR 248 (PKC)

CRIMINAL CAUSE FOR PLEA HEARING

**BEFORE JUDGE**: PAMELA K. CHEN, USDJ   **DATE:** 12/23/2014   **TIME IN COURT** 0 HRS 40 MINS

**DEFENDANT'S NAME**:  MICHAEL GRIMM         **DEFENDANT #**   1
X Present        ❏ Not Present       ❏ Custody       X Not In Custody

**DEFENSE COUNSEL**:  JEFFREY NEIMAN, DANIEL RASHBUM, STUART KAPLAN (via telephone) and JOSEPH SCONZO (via telephone)
❏ Federal Defender     ❏ CJA     X Retained

**A.U.S.A.**: ANTHONY CAPOZZOLO, JAMES GATTA     **COURTROOM DEPUTY**:   F. ABDALLAH
         NATHAN REILLY

**COURT REPORTER:** MICHELE NARDONE     **INTERPRETER:** N/A

| | | | | |
|---|---|---|---|---|
| ❏ | Plea Hearing | | ❏ | Revocation of Probation non contested |
| X | *Change of Plea Hearing* | | ❏ | Revocation of Probation contested |
| ❏ | In Chambers Conference | | ❏ | Sentencing non-evidentiary |
| ❏ | Pre Trial Conference | | ❏ | Sentencing Contested |
| ❏ | Initial Appearance | | ❏ | Revocation of Supervised Release evidentiary |
| ❏ | Status Conference | | ❏ | Revocation of Supervised Release non- |
| ❏ | Telephone Conference | | | |
| ❏ | Voir Dire Begun | ❏ Voir Dire Held | ❏ | Jury selection |
| ❏ | Jury trial | ❏ Jury Trial Death Penalty | ❏ | Sentence enhancement Phase |
| ❏ | Bench Trial Begun | ❏ Bench Trial Held | ❏ | Bench Trial Completed |
| ❏ | Motion Hearing | ❏ Motion Hrg Non Evidentiary | | |

**TEXT**

Case called.  *Curcio* hearing held.  Court determines defendant fully understands the risks of the potential conflicts and waives them.  Deft sworn, informed of rights, and waives trial before District Court.  Deft enters a guilty plea to count 4 of the Indictment.  Court accepts guilty plea.  Sentencing scheduled for 6/8/2015, at 10:30 a.m. Objections to Pre-Sentence Report to be submitted no later than 5/11/2015; Sentencing submissions due by 5/25/2015; Responses, if any, due by 6/1/2015.  Deft continued on bond.  Exhibits marked and entered into evidence.