

U.S. Department of Justice

United States Attorney
Eastern District of New York

F. #2014R00763

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 8, 2015

By ECF

The Honorable Pamela K. Chen
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Michael Grimm
                  Criminal Docket No. 14 CR 248 (PKC)

Dear Judge Chen:

        The government writes respectfully on behalf of both parties in the above-referenced case with respect to sentencing and the schedule for briefing to be submitted in connection with sentencing.  Presently, the defendant is scheduled to be sentenced on June 8, 2015, with objections to the Pre-Sentence Report ("PSR") to be submitted no later than May 11, 2015 and sentencing submissions and responses to be submitted by May 25 and June 1, 2015, respectively (see Dkt No. 81).  The Probation Department has informed the government that it expects to issue the PSR next Tuesday, May 12, 2015.  Accordingly, the parties propose that objections to the PSR be filed on or before May 26, 2015 and sentencing

submissions and responses to be submitted by June 9 and June 16, respectively.  In addition, the parties request that sentencing be adjourned until Ju1y 2, 2015 at 10:00 a.m., as discussed with the Court's Courtroom Deputy, Ms. Abdallah.

    Respectfully submitted,

    KELLY T. CURRIE
    Acting United States Attorney

By:   /s/James D. Gatta
    James D. Gatta
    Nathan Reilly
    Assistant U.S. Attorneys

cc: Defense Counsel (by ECF)
    Patricia Sullivan, U.S. Probation Officer (by e-mail)
    Clerk of the Court (PKC) (by ECF)