**MRS. WILLIAM E. MOORE, JR.**
1 EAST 66TH STREET, APT. 7F
NEW YORK, NEW YORK 10021

TEL 212-879-3900
FAX 212-794-4393

April 30, 2015

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAY 11 2015 ★

BROOKLYN OFFICE

The Honorable Judge Chen
U.S. District Court Judge
Eastern District of New York

Dear Judge Chen,

I am writing this in support of Michael Grimm, whom I have known personally for many years. He is a fine young man who made a thoughtless mistake, and like the honorable person he is, has accepted responsibility for it. When considering his future, I hope you will remember his past career. He has been a much respected congressman, and a decorated Marine.

As a United States Marine Corp wife, I feel his Marine Corps experience should qualify him for careful

consideration in this matter. My experience with the Marine Corps members is considerable — my husband was a much decorated Marine in W.W. II — he was awarded the USMC highest honor — the Navy Cross — a silver star, a bronze star, and a Purple Heart. These various honors are not given lightly. My next son fought in Iraq, and my grandson is a Marine training for the Special Forces.

Michael Grimm has dedicated his life, as many Marines do, to making a positive difference for our country. I hope when you consider his future you will allow him to do so. He deserves a second chance.

Thank you for your consideration.

Margaret E. Moore
(Mrs. William E. Moore Jr.)

Casawagsime
101 5th Ave
NY NY 10035



Judge Pamela K. Chen
225 Cadman Plaza East
Courtroom 4F Chambers: N631
Brooklyn, NY 11201