# EXHIBIT A

The Honorable Judge Chen,

My name is Petrina Grimm and I am Michael's mother. I'm sure that in your position you receive many letters from mothers asking you for leniency for their children, and that is understandable since no mother believes they will ever live to see their child being imprisoned. If I could, I would switch places with Michael in a heartbeat. This experience is only second to watching your child suffer through illness, or pass away. I am begging you to consider my son's sentence based on his entire life, not this one mistake and to make a sincere effort to ignore the politics, the speculation and extreme negativity which have plagued the case before you. My son certainly made a big mistake, and I strongly believe that he should be judged as any other restaurant owner would be, and has previously been, and not more severely because he later chose to dedicate his life to public service. I know my son better than anyone and I know that he will not ask for leniency because of his prior service and so out of respect for his wishes, I will not either. I will, however, ask that you consider his life work and dedication to our country as an overwhelming example of his overall character and integrity.

I also think that it is important that you know who Michael really is deep down, what drives him and what sets him apart from most others. Since he was a very young child Michael was always trying to fix things or make them right. He assumed the role of protector or guardian at a very early age whether with family members as in the case of his older sister, or classmates and teammates. I can remember as far back as Michael in 3rd grade when I was told by his teacher that he came between two boys fighting. I learned that Michael was protecting a boy in the class from a bully and even though both the other boys were much bigger (Michael was the smallest in the class from 1st through 8th grade) he felt the need to place himself in the middle to keep his classmate safe. His desire to help and protect others was consistent and grew as he matured.

At 14 years old Michael started volunteering in the summer for a camp that helped take care of children with Downs Syndrome and continued every year that he was in high school. The thing I always found odd for a boy his age was that my son never needed to be asked to help but rather sought out ways to do so. As a freshman Michael volunteered to be a counselor for his classmates that had alcoholic and abusive parents. I found out about this many years later at an award ceremony wherein he received a huge honor for his character and integrity. I learned that the religious Brother who ran the program chose Michael to work with a student that spoke of committing suicide and that he would stay after school regularly to counsel him and simply be a sounding board and shoulder to cry on. I don't think that is a skill or attribute that is taught but rather innate and speaks to the heart of a person and their qualities.

It wasn't long before my family noticed his ability to deal with almost any situation and to provide comfort and results. All families have their problems and in his mid-teens Michael assumed the role of a reliable adult and would regularly tend to

family matters, (which should never have been put upon a child), including being the voice of reason between his father, and his aunts and uncles, often playing the role of mediator. In many ways, Michael was forced to grow up too quickly and take on more responsibility than any young teenager should have had to do.

At the age of 17 he wanted to join the Marines, arguing that our freedom wasn't free and that he owed a debt to all those who served and he felt it was his turn to serve his country. As a parent who always wanted to protect her child, I refused to allow him to join until after he graduated and strongly urged him to give college a try first, which he did. But after his freshman year at Baruch College he followed his desire to serve and enlisted. Within one year he was on the front lines in the Gulf War. That was the first time I feared for his life and I thought I was going to die from worry. I knew Michael and I knew he would be the first to volunteer for dangerous missions and would never hesitate to protect his fellow Marines regardless of the harm to himself. My fears were realized but by the grace of God, he survived an explosion and the dangerous mission for which he volunteered. When he returned home he made the decision to finish his studies and get right back to work. Michael has a remarkable, relentless work ethic. He will literally work till he drops and never accepts failure as an option.

I truly believe his mistake was predicated on his determination not to fail because it certainly wasn't for greed. We come from a humble background and are working class people, and remain so today. My son has never been greedy nor has he ever put a high sense of worth on money; looking at his decisions with respect to careers, it is obvious that he chose to serve, rather than be served. His determination and work ethic showed in everything he did, including putting himself through college while working full time and later going to law school at night while working as an FBI Special Agent all day. Even with all the responsibilities of work as an Agent and full-time law student, Michael still handled all the family business on his father's side of the family. It was he that had to mediate the final decision to take the feeding tube out of his Grandmother, because no one else could bear to do so. It was Michael that handled all the arrangements and legal issues when his aunt passed away suddenly and unexpectedly, and it was Michael who dealt with the doctors and hospitals for his Uncle John who needed dialysis treatment 3 times per week and had a host of ailments that required regular hospitalization. Never once was Michael too busy to show up at 3 in the morning to calm down his grandmother who was suffering from delusions in the last year of her life, or to provide comfort to his uncle who was preparing for the umpteenth vascular operation.

My son Michael has been a caregiver, and the rock that both I and his sister have leaned on for most of his life, and has always unselfishly tried his best to make people's lives better in whichever way he could. Michael puts himself second to his family and those he cares about, as well as strangers in need, to a point that concerns me greatly. Obviously I was terrified when he was in the war and naturally I was scared for his safety while he was an FBI Agent, especially the more than 5 years he was undercover, but now as he faces this judgment, I am terrified for

him and selfishly, for myself. Your Honor, since this horrific ordeal started, he is beside himself worrying that he will not be able to provide for me and his dependent sister, as we both live with my son in his small home, which he sustains wholly on his own.

When Michael's father passed away in his arms, Michael felt somewhat responsible for not forcing his father to see a doctor sooner and finding the cancer in his lungs before it became fatal. As his father died, Michael held him in his arms and promised him that he would take care of his sister and me, but I know that he is torn apart with worry with the idea that incarceration will prevent him keeping his promise, as am I. He is more than a caregiver that takes me to my doctors and makes sure I remember to test my blood sugar regularly, he is the rock, the foundation that my daughter and I rely on every day of our lives and I'm terrified of the idea that he won't be there. Selfishly, I am asking for leniency for myself and my daughter, as much as I am asking for my son. I sincerely hope you take into consideration the full ramifications of the sentence you impose because Michael's sister and I depend upon and need him desperately. Frankly, I have little means of support and his sister is totally dependant upon him. We are not people of means. I can see the pain in his eyes knowing that he made a mistake, and the sorrow he feels, but it is intensified by receiving the full wrath of the government he was so loyal to and loves so much which is compounded by the relentless media barrage which has now become overbearing.

Michael has already been severely punished, giving up a career that he absolutely loved and was so good at. He has been financially destroyed losing his pension and likely his law license, making it very difficult for him to earn a good living. Michael's most precious asset was always his good name and reputation which has obviously been tarnished. Whether Michael was my son or not, I think any person who has led the life that Michael has led deserves the benefit and opportunity for redemption but fear that such will not be an option if you choose to incarcerate him. Knowing him the way I do, I fear that putting him in prison for this offense will destroy the person he has always been, leaving nothing of what used to be a great American but more importantly, my son and in so many ways, my hero.

Therefore Your Honor I beg that you consider giving Michael the opportunity to continue providing for his family, to pay the back taxes and to redeem himself by not sentencing him to jail. I hope and pray that you will consider the harsh repercussions for me and my daughter who rely heavily on Michael in so many ways, in addition to the caring and giving person that my son has been throughout his entire life.

Thank you for taking the time to read my letter and God bless you,

*Petrina Grimm*

Petrina Grimm

Patricia Dresch
148 Wood Avenue
Staten Island, NY 10307
April 20, 2015


The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201


Dear Judge Chen,

Please allow me to introduce myself. My name is Patricia Dresch, and I was a victim of
Hurricane Sandy. On the night of October 29, 2012, the life that I knew was destroyed by
the storm. My daughter, Angela, my husband, George, and my home were all taken from
me that night.

When I awoke in the hospital the next day, Michael Grimm was there ready to support
me at a time when I found myself alone and my spirit broken. His efforts may have been
warranted as our Congressman, but his assistance went beyond anything expected from a
politician. Once my parish gave me a place to stay, he made sure that I had what I needed
to live. Whether it was food, furnishings, or even transportation to one of my many
doctors' appointments, Michael made sure that I always had what I needed.

Having lost things in the storm that could never be replaced, Michael made every effort
to help replace what he could. One of my most treasured possessions was the flag that
draped my father's casket at his funeral. Never found in the recovery efforts, Michael had
a flag flown over the U.S. Capitol in his name, and later presented to me as a way to
honor his memory. As a veteran himself, he understood the meaning of that flag and what
it symbolizes to those us who are left behind.

I have never been able to return to the site where my house once stood. Many times
someone was needed to be there when one of the agencies was there assessing the
property and the damage. Michael always made sure that I was represented and that my
interests were protected. And on the 1st anniversary of the storm, when a garden area was
dedicated in Angela and George's names, Michael was there to represent me, in a place
where I still cannot bear to go.

The Honorable Pamela K. Chen
April 20, 2015
Page 2

Congressman Grimm may have been doing his job in helping to see that I received the buyout of my property, which was necessary for me to find a new home, but it was Michael who help me find companionship when he rescued a dachshund and brought him to help me get through the lonely nights in an empty house. "Little Mikey" has been able to bring me happiness and an unconditional love that had been missing in my life since that stormy night.

I often wondered why I was chosen to survive that night, why I was given a second chance. I am sure that I am here to keep Angela and George's spirit alive and to help advocate for other survivors. Michael Grimm has helped to give me that second chance. It is my sincerest wish that this court can see the true nature of this man's heart, and offer him a second chance as well.

Respectfully yours,

Patricia Dresch

Honorable Judge Chen,

My name is Deborah Grimm and I am writing to you on behalf of my brother, Michael Grimm, who is scheduled for sentencing before you.

There are no words to describe my devastation as I watch the suffering that Michael has been through already, for the tremendous loss he is experiencing now, and for the uncertainty that lies ahead for him in the months and years to come. My mother is heartbroken, as is my entire family, and the level of desperation that we feel while respectfully begging that he is spared from incarceration, is entirely without shame. I love my brother more than anyone in this world. He has been my life-long rock and the only stable force in my life. For the past 3 years he has been my sole financial and emotional supporter through what has been a downturn in my long struggle with depression. I rely on him completely, and he has always been there for me, no matter how busy he was with his own responsibilities.

Perhaps when family members like myself, appeal to judges for leniency, there is a history or pattern of behavior in their loved ones they must come to terms with that has led to their wrongdoing. I can honestly say that is not the case with Michael. It is not in my brother's nature to be dishonest, and therefore I can only assume that if he hired people off the books, or took a short cut that would somehow be seen as less than honorable, he was doing it to keep his business from failing, like thousands of Americans who run similar small businesses. While his actions are not at all excusable, they are also not at all a reflection of his true character, and the exemplary way he has lived every other day of his entire life. Michael didn't personally profit from this activity-- embark on a life of luxury, or hide money away--there was no agenda to do anything other than keep the business open, and in less than three years he threw in the towel and walked away. And as a result of his mistake, he has lost everything he has ever worked for and everything he had the potential to achieve. Everything.

Michael has never received anything in his life that he didn't earn by himself with hard work and sacrifice. Nothing has been handed to him. We were not entitled or privileged children. He did not become a Congressman because of " high-powered" or "moneyed" connections, of which he had none. We were born in Brooklyn and raised in Queens. We were the poor working class that is talked about today, but was completely anonymous 30 years ago. Our parents married when they were both teenagers and our father had little education, being forced to quit school to help support his family. Dad earned a living as a laborer; he was a roofer who earned barely enough to keep food on the table, working 2, often 3 jobs and our mother was a housewife. They struggled everyday to make ends meet. They took nothing and expected nothing from the government, buckled down and did the best they could to raise us. We didn't have expensive furniture or clothing, or go on family vacations, or have fancy birthday parties; any money they had they used to purchase a home, which still had a mortgage upon our father's death in 2008. Our home was repaired and maintained by my father, and as soon as my brother could fit a hammer in his hand, Michael worked to keep the house up. The only other investment our parents ever made was in sending us to Catholic school. After me, he was the only other person in our family to both graduate HS and go to college, which he did entirely on his own, working full time night shifts. By the time Michael was accepted into law school, attending classes at

night and working full time all day, he had already far exceeded any expectations that most would have had for him.

Like most brothers and sisters who are four years apart, we were best buddies as children, but not very close as teenagers. Although our parents were married for 45 years, they had a difficult marriage defined by my father being extremely difficult to deal with much of the time, especially when he was drinking. However, I can say with confidence that Michael has never publicly discussed this life challenge, and would no more accept this as an excuse for his behavior or any wrong doing now, than he did as a child and teenager. He was born with a kind and generous heart, and grew from being a sweet boy into an inspired, focused, earnest and brave man because of the environment we were raised in. He tried harder, worked twice as hard and achieved so much more than kids who had everything, and never, not once, allowed our father's flaws and his childhood experience to define him. This mistake that he made is the exception, not the norm, and is contrary in every way to his nature. In my efforts to understand and deal with my own issues, I have learned that children who grow up in an environment with the challenges we faced have a more ambitious sense of responsibility towards others simply because it's easier to be concerned with others than it is to be concerned with themselves. Not surprisingly, Michael made every effort to do the right thing in every circumstance and not cause any trouble in our home, with our parents or with his friends. He excelled in school, he had a part time job from the time he was 11 years old, went to church every Sunday, participated in the choir and volunteer groups, and did well in sports. In 1988 he enrolled in Baruch College and in 1989 gave his life to the United States Marine Corps. He literally sacrificed his life for his county in active combat, and 6 years later put his life on the line again in the FBI, as a Special Agent, and then dedicating his entire life for over 5 years while working deep undercover assignments throughout the country.

When Michael announced to our family that he wanted to run for Congress, naturally we were all so proud of him. We knew it would be challenging for an outsider to get elected, but the drive to help people and make a difference in our country was something he wanted to do and the way he had lived his entire life. And yet, the media has portrayed my brother as a man who I do not recognize at all - isolated and alone, greedy, corrupt and immoral. So many leaders and citizens claim to support veterans and police officers, in speeches and rallies and parades, yet Michael has never been given the benefit of the doubt. As you know, he was a Congressman for only four years, but in that time period helped thousands of families, through his legislation as well as hands-on, physical labor during Hurricane Sandy. Many nights after that disaster he came home soaking wet and exhausted after pitching in and helping the storm victims. It is painful to believe that his decades of hard work and service could be disregarded so quickly. This is particularly hurtful for my family members who also sacrificed for our country. My family and I were sick with worry when Michael was on active Marine duty, praying every day that he would return from the Middle East alive. When he was in the FBI, we lived in constant fear that one day he would not return from work. Like the law enforcement and military families throughout this country, we believed that our sacrifice was a small price to pay for the freedom and protection of our nation and community. I won't repeat his well- documented achievements in this letter, I only humbly request that he is judged fairly, that you judge him not by his worst day, but by his best days, all the honorable days of his life, and by the thousands of people that

he has helped, protected, and saved simply by showing up to work every day. I pray that Michael will be given a second chance, and that he is granted the opportunity to prove that his contributions are more valuable, and a true reflection of the person he is, rather than his mistake, and that my family will have the opportunity to give him the love and support he needs to recover and move forward with his life.

Since my father's death, Michael has taken on the responsibility of caring for me and my mother. We moved into his house in Staten Island and rely on him for nearly everything both financially and emotionally. He is the only one my mother will listen to regarding her medical conditions and need for medical care whether for her diabetes that resulted in her being hospitalized several times before living with my brother, or for emphysema and breathing problems. I do not drive on highways or bridges and thus rely solely on my brother to take Mom to Queens where most of her doctors are. He takes us to visit our family in New Jersey for holidays, special occasions and family gatherings and he provides for all the household expenses. He is and has been my mother's primary care giver and my security in every way. I am painfully aware that without my brother's daily love and support, my mother and I would lose the rock that keeps us going.

It saddens me that I am powerless to help Michael and that it is only this letter that can offer a glimpse into who he really is. Immediately after his plea Michael began paying for his crime. He resigned from his position, forgoing any pension and possible career opportunities typically associated with it; he may be disbarred and he is currently working around the clock to find consulting jobs. He has been dragged through the press, he has lost friends and associates, and has been publicly ridiculed. At 45 years old, he is aware that his life will never be the same again, and that with a felony, and the high profile nature of his case, his employment options are severely limited. He will be paying massive financial debt for the rest of his life.

Your Honor, even if he wasn't my brother and even if he wasn't the exceptionally good person that he has always been, I would still be asking leniency for Michael Grimm because he has already paid an enormous price for a mistake that simply doesn't warrant such a penalty. I hope and pray that you will consider the amazing things he has done for so many people and this country when looking at his transgression and realize that Michael is a valuable member of our society that should be given a chance to get his life back on track. Given the level of respect and support that my brother has from the people in our community, I know there are still a lot of positive things he has yet to contribute. Please be as lenient as you can and sentence my brother to probation. I thank you for taking the time to read this.


Sincerely yours,

Deborah Grimm

Judge Pamela Chen
US District Court
Eastern District, NY

Dear Judge,

My name is Patrick Sweeney and as odd as it seems, I am writing on behalf of Michael Grimm. I say odd because I first met Mr. Grimm when he was undercover and unbeknownst to me he was investigating me and several others I worked with until he finally arrested me for illegal trading. Most people would probably think that I would dislike the man that was responsible for my arrest but actually I have a tremendous respect, admiration and much gratitude for Mr. Grimm. Let me be very clear, he saved my life. Yes, Michael Grimm saved my life and I can proudly tell you that today I am a good husband and loving father for my 3 children, working hard to continue building my successful small business. Before Mr. Grimm entered my life, I had a terrible gambling problem that led me down the path of illegal trading and drugs. If it wasn't for Mr. Grimm I would have ended up dead for sure, either from the drugs or because I couldn't pay the bookies. Either way I was spiraling out of control and the only person in the world that was able to help me was Mr. Grimm.

He was very different from the other FBI Agents in many ways, but the most significant thing that sticks out in my head is how he treated me. Even when I was in custody and had to wear handcuffs and so on, which is a very humiliating thing to go through, Mr. Grimm treated me with the utmost respect and allowed me to keep what was left of my dignity. He took the time to actually talk to me and said he saw something in me that told him I was a good person deep down and just got caught up in a bad scenario. He was right. Mr. Grimm then went to bat for me with the US Attorney and asked them to give me an opportunity to work with him so that I could avoid jail time. I spent many months working with Mr. Grimm and he spent a lot of time counseling me, motivating me and inspiring me to remember who I really was and to believe in myself. I am the successful person I am today simply because Mr. Grimm gave a damn about me when I didn't deserve it. I was ultimately sentenced to probation.

For years and until this day he regularly calls me to check in and see how I am doing. At first he would remind me that I was now a reflection of him and therefore had to stay straight as an arrow, but in the last few years he calls just to see how my family is, how business is doing and to tell me how proud of me he is and that I am one of his biggest success stories. Looking back at all the time we spent together I find it hard to believe that he put so much faith in me and invested so much in a person that he arrested. I do not know anyone in his position that would have done that for me or for anyone like me under

the circumstances and really feel like he was sent by God to turn my life around. I remember him telling me that all good people deserve a second chance and that we use our mistakes to learn and become stronger, better people. He was right.

Your honor, all I can say is that Mr. Grimm is one of the most kind-hearted and generous people in the world that cared more about me than I cared for myself when his job was done and he had every right to move on and never look back. I don't believe any other FBI Agent would have done what he did for me. He felt that his job as an FBI Agent was more than just investigating criminal activity but actually changing the world. Mr. Grimm told me once that when you change one person's life in a positive way you never know how much better the world can be and I'd like to think that I am living proof. I know my 5 year old son and daughter are and I also know they never would have been born if Mr. Grimm didn't give me the opportunity to get my life back on track. I don't know all the particulars of the case that brings Mr. Grimm before you, but I've read the news and felt I needed to write this letter. They don't make people much better than Mr. Grimm. The world is a much better place with him changing people's lives in positive ways and what he was able to do as a Congressman in his first few years is proof of exactly that. I understand he made a mistake but the truth is and most ordinary people on the street all know that Mr. Grimm is paying a much more severe price than any other business owner ever has for this offense and he just doesn't deserve it. I hope that you can see what they have done to this great man and bring it to an end by letting Mr. Grimm put his life back together as quickly as possible. Putting Mr. Grimm in prison would be a sin and shameful in my opinion and the opinion of many hard working ordinary people that pay attention a lot more than most give us credit for.

Thank you Judge,

Patrick Sweeney

April 25, 2015

Honorable Judge Pamela Chen,

I am writing on behalf of Michael Grimm. I am aware that you will soon be sentencing him and was writing you in hopes of explaining what I know of the man you are going to pass judgement against. I know you understand the legal mistakes he has made but that does not introduce you to the person he is and has always been. Hopefully I can convey the character of the man who will stand before you. To pass judgement in any situation is a tremendous responsibility; I can't imagine having to decide fairly how to administer judgement that will have an impact on another person's life long after they leave your courtroom. President Abraham Lincoln stated "I have always found that mercy bears richer fruits than strict justice." Please consider those words of wisdom and the following as part of your deliberation on what is fair and what fruit can come out of this difficult situation.

I have known Michael for 37 years. Our friendship was born out of a common link of alcoholic fathers. We both from a very young age worried as the night dragged on what kind of condition our fathers would come home in, and what kind of physical or verbal assault was to follow. Michael was the protector in our friendship and the positive male role model for me growing up even though he was only a year older than I. It would have been more likely that I would have faced your judgement given I was often the troubled one. I was always looking for trouble and had it not been for Michael I would have found it many more times. I really didn't have anyone to direct me other than Michael as my mother had her own dependency issues. Michael was focused on his studies, committed to serving in the church and did his best to model the character that was necessary for us to both move beyond our situation and into our bright futures. Michael as the protector and mentor helped me to understand we weren't condemned to live our fathers' lives. As a role model Michael never drank and encouraged me to follow his lead. He always had a goal and seemed to achieve it. For as long as I can remember Michael was focused on public service and helping people. He lived out everyday with that in mind. He was my voice of reason and often my conscious. He pointed out the consequences while I only saw the opportunity to rebel against the life we were stuck in. As I look back I'm amazed at the guidance he gave me at such a young age and how he never preached or spoke down to me. He encouraged me and listened, never passing judgement. I guess you could say he just accepted me, cared for me and loved me like a brother. Michael always looked out for me and stuck up for me when others bullied me, and I will never forget that because it was those times I remember that I wasn't alone.

Michael is also the most generous person that I know. For as long as I can remember he had a job and often two. Whenever I needed anything, it was Michael that paid for it. When we would go to the diner he paid, when I had a date to the movies or wherever, he would lend me the money knowing full well he would never be repaid. When I turned 18 I wanted to buy a Ford Mustang but of course didn't have enough for the down payment. At that point Michael's entire life savings was approximately $3,000 and he gave me $1,700 to buy the car. That is who Michael is, someone who will give you half of whatever he has without hesitation if he feels it will help you.

As we got older his focus on the future became extremely intense. His sense of civic duty led him to enlist in the Marines. Once again as a role model for me when I was involved in drugs and alcohol in college he inspired me to want more for my life and I followed in his footsteps and joined the service. Michael's service continued in law enforcement where he never hesitated to work the most dangerous cases. All I will

say about his military and FBI careers that I think is important for you to know is that Michael would have taken a bullet for any of his fellow Marines or Agents and that is a fact which I think says a lot about the man he is above all else. He was committed and determined to be the very best that he could be. He worked his tail off to attain a degree in accounting while maintaining a full time job and then put himself through law school at night while again working full time all day. Nothing ever came easy for him and nothing was given to him. Michael earned every single achievement through hard work and grit. Although many would say Michael was lucky or privileged, it's because they only saw his accomplishments, the end results, but not the extreme dedication and the relentless hard work that made it possible.

When I decided to start my own business and needed monies to do so, it was Michael who offered all of his savings to get me started. This was the second time in our lives that he gave me almost everything he had just so I would have a chance at happiness and success. He stood by me as my best man when I was married and was the role model I use for my son as he grows into a man. I can only hope he has the moral character, tenacity, desire, focus and caring and loving nature that I have known Michael to have his entire life. In many ways Michael saved me from the life of drinking, drugs and inevitably crime. I owe him all that is good in my life as I have developed my own character by following in the path he pioneered for me. If I had to sum up the single greatest thing he did for me and taught me, I'd say that he never stopped believing in me even when everyone else did from my parents to my teachers to just about the entire world. Michael never gave up on me and never let me give up on myself. He taught me to respect myself and that no one else would ever respect me if I didn't respect myself first.

I know justice is blind but it certainly is not deaf. I pray that you can hear the life-long, exemplary character Michael has exhibited. His errors while punishable under the law do not require the law to strip him of a future that will inspire many others, by imposing a harsh sentence. After enduring the tarnishing of a lifetime of public achievement, having his character publicly assassinated, losing the only career he worked his entire life for, and the loss of his law degree, prison seems excessive and unwarranted punishment. It shows through acknowledging his mistakes and resigning his seat that he is still willing to do the right thing for those he represented, and just how remorseful he is. You have the opportunity to set Michael on a new path. The fruit of your mercy is that a life spent on protecting and serving others does not end in some cautionary tale. I have no doubt given leniency that Michael will move on to accomplish a new goal for his life. To rebuild what was lost and show the world his courage to fight beyond his error in judgement and make his life something we will all be proud of.

Your compassion does not excuse the act but rather encourages the restitution in this case. Michael will grow past this event but will humbly refer to it as the fork in the road that redefined what was possible after events such as these. Your honor you have the ability to offer mercy and the fruit of that will be nothing short of miraculous, of that I am sure. If there was ever a case where offering mercy would pay great dividends it is this one; everything in Michael's life speaks to that outcome. I hope you see the huge heart of the man who stands before you and that leniency will lead to Michael making us all proud of him in the future.

Sincerely yours,

Rich Bonura

United States District Court Judge
Eastern District of New York

Honorable Judge Chen,

I am writing on behalf of Michael Grimm, a man whom I worked very closely with in the FBI. My name is Joaquin Garcia and I was a Special Agent of the FBI for more than 26 years. I served as an undercover agent for approximately 24 years and had the great honor and privilege of working in such a capacity with Michael. Your Honor I can tell you that I know this man inside and out; when working so closely as we did under such strenuous circumstances, you get to know and learn quite a bit about a person.

I have heard some harsh things said about Michael but also some very good things, like he is a hero and extremely brave but I do not think that most of the people writing about him fully understand or really know who he is deep down. Michael is a very rare breed, someone that cares more about others than he does himself. He would give someone the shirt off his back or the last nickel in his pocket if he thought that person needed it more than he did. There are very few people in this world that I feel I can fully trust or rely on and Michael is one of them and right there at the top of the list because I know that no matter what he would be there for me or my family. After working some of the most dangerous drug and mafia cases in the country, I know how horrible a feeling it is to have to put your fate and life in another's hands. Well, Judge, I put my life in Michael's hands several times and I'd feel comfortable doing it again. He truly is fearless and would give his life for his fellow agent if he had to, of that I am certain. When I was infiltrating the Gambino crime family, I reached a point where I felt like I needed help and someone that I could fully rely on. Michael Grimm was the only agent I would trust to have my back in that case and that was because I knew that if push came to shove, he would not hesitate to risk his life to ensure my safety.

In many ways Michael is a hero but not just because of his valor in combat or outstanding work undercover with the Bureau, but because of his humanity, that is what makes him so different and so special. He has an uncanny ability to make people feel special and important he never prejudges or looks down on anyone. He is extremely reliable and when he gives you his word, you can take it to the bank. As long as I know him, he was always doing things for others and constantly worried about anyone and everyone but himself. Even now through all that he has been through, he is tortured by the fact that he may not be able to provide for his mother and sister. When I look at this man I am proud to call him a colleague and a friend because he has shown more compassion and sincere selflessness than most anyone I have known. I'm sure it is very difficult to evaluate the person that Michael is as he stands before you, but having spent almost my entire career surrounded by very dangerous and bad people, I had to learn quickly how to figure out what makes people tick and whom I could trust and to what extent. Your Honor, I trust Michael with my life. He is a good man through and through although not perfect. Michael is a human being that made a mistake, but that does not change the fact that he is and always has been an extremely good natured person that thinks of others before himself. His entire life as an adult has been dedicated to serving others and by all accounts, he did an exceptional job of it.

In closing your Honor, I humbly and respectfully request that you consider the man that Michael has been his entire life and not allow this mistake to overshadow all his good deeds. I ask that you are as lenient as the law will allow so that this good man may begin to recover and make things right...I think he has earned that. Just because Michael has lived a dedicated life of service doesn't mean he should be treated more harshly than someone who hasn't. I have listened to some pundits state that Michael should have known better as a former agent and therefore should get the book thrown at him, but this is extremely disturbing to me. I have worked several public corruption cases and a few of them with Michael. Had he used his official position or acted under the color of law so to speak, then I would not be writing this letter, but Michael was an ordinary citizen in 2009 your Honor, not agent or any other government official, simply a shop keeper. To hold him to a higher standard than any other store owner is a slap in the face to every former agent and/or government official in this country. You may not want to give him credit for all his service, even though I think it warranted, but you certainly shouldn't use it against him. I would hope that his service serves you as a portal into his being, showing you the person he has been to our society and why he is a good natured, caring and compassionate man that is needed by his family and community alike. Please allow Michael the opportunity to support his family and to pay his debt to society through your mercy and leniency. Thank you Your Honor.

Very truly yours,

Joaquin Garcia
Federal Bureau of Investigation
Special Agent - Retired

The Honorable Judge Chen,

It is with a very heavy heart that I write this letter to plead for a merciful and lenient sentence for my nephew, Michael Grimm. I am sure that you have read articles about him or perhaps seen him on the news over the past few years, but I implore you to look deeper than how the media has portrayed him. It appears today that the media tends to demonize and assassinate one's character with impunity on a regular basis and very rarely writes about the positive and good that so many people do every day especially, Michael.

Michael is one of those people that do good things for people each and every day and has done so since he was a child. Michael was always different from the other children – he was more mature than he should have been and had a heightened sense of responsibility early on. It was almost that he carried the weight of the world on his shoulders at times and seemed to have a need to make things right or better wherever he saw something wrong. His desire to serve was apparent from his childhood and was the kind of child that was very protective of his mother, sister and just about anyone that was vulnerable or not in a position to protect themselves. He was extremely driven and focused but at the same time very caring and concerned for others. He was always the first to volunteer whatever he had and was the epitome of selfless; he would literally give you the shirt off his back.

Michael had a good childhood but not without its challenges, often having to deal with confrontations with his father who was at times a very difficult man that often drank too much. Michael was really the only one in the family that was able to confront his father which resulted in a heavy burden on him at such a young age. At the same time Michael was effective at managing his father and just assumed the role as guardian of his mother and sister, taking on more and more responsibility as he grew older. His desire to protect and serve others grew as he did and resulted in him enlisting in the Marines, volunteering for combat and eventually accepting an appointment to Special Agent of the FBI. I'm sure you already know of Michael's service to our country, but I'd like to note just how brave and selfless Michael was for our nation and those that served with him: Michael was not only the first to volunteer for arguably the most dangerous mission of the Gulf War, repeatedly driving through 6 miles of mine fields to initiate the ground war, but even after surviving an explosion that almost killed him and his fellow Marines, he volunteered again for something even more dangerous. Michael took point to march, on foot, a group of Iraqi prisoners through those same mine fields to safety at the Saudi Arabia border. He did this in the black of night, without hesitation and was later recognized for his valor. The press doesn't write about that or any of the extraordinary things that Michael did before he even turned 21, but it does explain exactly who he is and why he, above the vast majority of those being sentenced by you throughout your career as a judge, likely deserves a second chance.

I didn't know very many of his friends or colleagues from the FBI, but I did attend an award ceremony that Michael was honored at in 2006 where I had the opportunity to speak with a few of them. I was amazed but not surprised by what they told me and extremely proud. It turns out that

Michael earned the title of a "go-to" undercover agent that was considered reliable, dependable and fearless by his peers that actually served undercover with him. The ironic thing about that night was that Michael wasn't being honored for his heroism as an agent but rather for his volunteer work with the youth that he was a positive role model for. Even though Michael was deep undercover and barely had time to see his family, he made time to be a positive force for the adolescents that would be our future. Again, I have never read any articles about that aspect of Michael's life, even though it was prevalent and consistent throughout.

Regardless of how you carve it up, Michael's life was always dedicated to caring for others and giving to our society in one form or the other and that will never change because it is who he is and always will be. On a personal note, I am very concerned for my sister and niece who live with Michael and depend on him for almost everything. My sister suffers from diabetes, neuropathy and emphysema that is getting worse...Michael is truly her care giver and she relies on him to drive her to medical appointments and help manage her strict diet and insulin regiment. Unfortunately, before my sister moved into Michael's modest home, we had several serious scares whereby she was hospitalized in an unconscious state that could have led to a diabetic coma. I humbly ask that you consider the dramatic affects this has already had on Michael and his family, how much he has already been punished, and the severe impact your sentence could have on both his mother and dependent sister.

However, Michael did make a mistake as a small business owner, and of course he should be held accountable like anyone else. But is he? Is my God-son really being held to the same standard that every other restaurant owner is held to? I leave you with those questions to ponder as you deliberate over his sentence. I will say this though: Michael is one of the kindest most sincere people you will ever meet. He gives of himself from the heart in a manner that is admirable and worthy of recognition. Michael is respectful to all and asks for very little in return. Everything Michael attained in life he did on his own with hard work, dedication, sweat and sometimes tears. He has helped an immeasurable amount of people and will continue to do so if you afford him the opportunity he deserves to put this horrific ordeal behind him. Michael has publicly taken responsibility along with being excoriated by the press, he is beyond remorseful and has truly suffered enough; please recognize this when determining his sentence.

Thank you and God bless,

*Grace D'Arienzo*

Grace D'Arienzo

Michael E Hill

PO box 10093

Staten Island, N.Y. 10301

April 22, 2015

Dear Judge Chen,

Blessings... My name is Michael Hill, and I am writing this letter on behalf of Mr. Michael Grimm, whom I have come to know, love, respect, and hold in high esteem, as a person of integrity.

I first met Mr. Grimm as he was serving Staten Islanders, from his office in Staten Island, New York. Mr. Grimm and his staff went above and beyond to assist me, a disabled vet, to try and get my disability benefits, which the V.A. had been denying me since my first filing in 1989.

After over 25 years of denial, I had all but given up hope. Mr. Grimm took it upon himself to personally visit me at my home. As a veteran himself, he understood and more over, dedicated himself to making sure I got what I so desperately needed. His persistent encouragement, and lobbying on my behalf, was quite successful in obtaining me disability benefits which I had been seeking unsuccessfully for years alone, being repeatedly and unfairly denied.

Perhaps it isn't easy for people to understand what it truly means to feel utterly alone. I fought for my country and I felt like my country turned its back on me. Michael changed this for me. It isn't just that he helped me, it is that he was so genuine in his concern, so dedicated to standing by me. He approached me as my Congressman but quickly became my friend and brother of service.

He called to check up on me and my progress and this he did privately, not for votes or for recognition but because he knew in his kind heart that I hurt and I needed help. It is a hard thing to need help, to be powerless in helping

*yourself. It is a hard thing to feel so beaten down. How could I give up when he wouldn't give up on me?*

*He visited us veterans at the V.A. facility in Brooklyn, N.Y. I was working with a group of fellow veterans suffering from PTSD. He spoke to counselors, administration, and other vets to take suggestions concerning other ways in which he could help, or be of assistance to us. He had one simple reason for doing this; to better help us help ourselves in our quality of life issues.*

*I've also witnessed Michael Grimm work tirelessly towards helping others in need, regardless of political background, race, religion, or economic status. This made me admire him all the more. Michael Grimm has something in common with all of us, he is a human being. His empathy and compassion knows no boundaries.*

*Because of his care, concern, compassion, and consideration, I now live as a human being, as opposed to a homeless outcast... He was an instrumental force in giving me my life back, as well as my dignity and self respect and I believe him to be a Godsend. He is a true professional, and an asset of which we all should be proud. Especially the way he kept his word as far as stepping down if it would interfere with his performing his duties serving the community and the people he was elected to serve. THAT IS TRUE INTEGRITY!*

*For these reasons, and so many more, too many to actually list, I felt compelled to write this letter, on behalf of an honorable man, Mr. Michael Grimm.*

*Should you require anything further of me, for Michael Grimm, please don't hesitate to ask.*

Sincerely,

MICHAEL E. HILL

Dear Judge Chen,

I write in support of Michael Grimm in anticipation of your upcoming sentencing decision. Although I am an attorney admitted to practice before the court, I write as a dear friend of nearly 20 years who feels compelled to implore Your Honor for justice. Respectfully, I implore Your Honor weigh heavily the totality of Michael's life of service and dedication to the things that mean the most - his family, his friends and his country - against the transgressions that have brought him before you now.

Before I ever met Michael I heard about him through family friends. At the time, the son of a family friend who was also Michael's friend was gravely ill with cancer. The family told of stories of Michael's friendship and devotion to his sick friend. The stories I heard were about a young man who went out of his way to bring his ill friend to school when he had trouble walking, who made sure he had a good time despite rigorous cancer treatments and who even encouraged him to go to the prom. I remember thinking what an impressive young man this person must be. He was 17 but wise beyond his years. Although we hadn't met, I knew this person was someone to admire. His compassion at such a young age was remarkable and something I remember to this day almost 30 years later.

I didn't meet Michael until ten years later when we were first year, evening division law school students. When we met he was an FBI agent who worked all day before spending long nights in school. I, on the other hand, was struggling through school under the weight of the losses of my father and sister that happened only a few years before. From the first day of our friendship, Michael was always there for me. He listened to me and talked me through the horrible grief that was consuming me. He was a source of strength that I relied on heavily during those law school years. He supported me and encouraged me to keep moving forward toward completing law school and passing the bar. His unyielding support and comfort during those time was single handedly the most significant demonstration of love and support I have ever received.

Michael on the other hand was a stellar law student graduating at the top of the class. After graduation he could have taken a job with the biggest law firms and significantly increased his salary. Instead and much to my dismay, he chose to remain at the FBI and continue his life of service. He made this decision knowing that taking a job at a top firm would dramatically alter the course of his life. At a big firm, Michael would have been on track to double his FBI salary almost instantly. The money would have been significant to him because he was not rich and did not come from a wealthy family. He was first and foremost a civil servant.

I learned that this was not the first time Michael chose service over money. In fact, the first time he chose to serve came much earlier when he was a college student who enrolled in the Marine Corps. At the time Michael chose the Marines, he was a business student from a working class family. A good job on Wall Street would have provided his family with the financial resources needed to alleviate the burdens on a one income family. But more than money, in fact, more than anything, Michael felt devoted to this country and wanted to serve. He left school, enrolled and ended up on the battlefield in the Persian Gulf War. He returned nearly two years later as a decorated Marine and combat war veteran. To this day, I don't know anyone else of my generation who has done what Michael did - voluntarily put his life in danger for something he loved. His actions even as such a young man demonstrate he is an outstanding example of extreme devotion and the highest morals. He risked his life for freedom. He was 19.

After graduating from Baruch, Michael devoted himself to his work at the FBI. He worked tirelessly as a Special Agent and then as an undercover agent for many years. I remember reading about stories of his successful cases and numerous arrests. Michael loved his work and the personal reward he received far more

than the much greater payday he could have received as a lawyer. None of the career choices Michael made brought him financial success, yet each and every time he chose service over monetary rewards or gain. All those years of career choices, dedication and selflessness evince a pattern of strong moral character that should be considered with great weight as it encompasses the majority of his adult life.

When Michael decided to run for Congress he did so because he felt he had something to offer the people of this city. Undoubtedly the people of Staten Island agree. As a Staten Island resident, I know that my neighbors were very supportive of Michael because they felt he served them well. He worked tirelessly for the people of SI in moments of tragedy and at all times. The people love him and appreciate the fruits of his hard work with many feeling that he was giving them a voice when no one would ever listen to them.

Significantly, throughout his life Michael also helped his family through many difficult events. I saw him tend to his elderly grandmother and sickly uncle. Michael did not just care for them in emergencies, but was there all the time. During the past 20 years and particularly since his father passed, his family has grown to rely upon him heavily. Michael is the person his mom and sister lean on for emotional and financial support on a daily basis. I cannot stress enough that he is the center of the family and the backbone of their lives.

Throughout his life and with each new job Michael achieved great success. His accomplishments at school, in the Marines, as an FBI Agent and then in Congress were achieved by Michael's utmost dedication and hard work. He never chose the easy road and usually chose the hardest path to get places. Nothing was handed to Michael for free; rather he fought and scraped for every achievement. But with each new endeavor Michael chose service over money and selflessness over selfishness.

Unfortunately, Michael stands before you now to be judged on a mistake for which he accepts full responsibility. Michael knew when he pled guilty that he would pay a very high price for his actions. He has lost his position in Congress, his law license and his pension. In pleading guilty, Michael surrendered everything he worked for and accomplished in his career. With the utmost sincerity, I implore Your Honor to value Michael's lifetime of service over his transgressions and give great weight to his caring, selfless and compassionate nature. I sincerely pray that Your Honor consider the high price Michael has already paid under these circumstances and be satisfied that his losses satisfy the court's desire for punishment. Please be mindful of how much his family has suffered already and their heavy reliance on him for their care as well as emotional and financial support. I humbly request that you show leniency and mercy rendering your decision.

"Summum ius, summa injuria."


Respectfully submitted,

Maria Ciccia, Esq.

The Honorable Judge Pamela Chen
United States District Court Judge
Eastern District of New York


Dear Judge Chen,

I think it only makes sense for me to introduce and explain a bit about myself before I discuss the young man who stands before you for judgment. My name is Guy Molinari, a lifelong Staten Islander, a combat veteran of the Korean War, a former NYS Assemblyman, a U.S. Congressman, former Borough President, Attorney at Law for over 60 years and the proud father of a wonderful daughter, who is also a former Member of Congress. The point is, I've been around, met a lot of people and have a unique perspective of Michael Grimm.

I met Michael in 2009 when he first became interested in running for public office. Almost immediately, I knew he was different then anyone who had ever sought my advice for similar purposes. He was unique in that he was a true believer, someone ready to give whatever he had to offer to serve his country. Remarkably, he had absolutely no experience in the art of politics, nor any desire for it, rather a raw and somewhat naïve sense of duty. I had to request of him documentation and proof of his military service and FBI credentials because quite honestly, it seemed a little too good to be true. I was taken back by the fact that he received a combat meritorious promotion on the battlefield for bravery and valor. This honor was not very common and to this day, Michael Grimm is the only other Marine I have met that received such a promotion besides myself, which I received while serving in the line of fire in Korea. The difference however between Michael and I, with respect to us being Marines, is stark as I was drafted. Michael, unlike me, had a partial college scholarship, our beloved nation was not at war, and he had no obligation whatsoever to the country, other than his own burning desire to serve and so he left college and enlisted. What does that tell you about the man that Michael is? It tells me a lot and after almost 87 years, meeting thousands of people from all over the world and helping get two U.S. Presidents elected to office, I think I am a pretty good judge of character.

Over the years I've met a lot of dedicated Americans that love this country and want to see it succeed...many of whom often use platitudes and say things like they would be willing to die for the country, etc. Well, Michael didn't just say things like that, he actually did them. As a teenager, he volunteered for combat when his platoon was assigned to a non-combat, rear position that supported the ground troops on the front lines. In fact, he was the very first to raise his hand and volunteer for one of the most dangerous missions of the entire Gulf War. He was told when he received his briefing that he should look to his left and then his right because they were expecting 50% casualties and thus one of every two Marines would not return from battle. I'm not sure if anyone who hasn't been in combat can ever fully understand the magnitude or the gravity of the sacrifice but let me say this: no one ever comes back from combat the same person they were before and they all leave a piece of themselves on the battlefield. Regardless, it takes a very special person to give so much for the greater good and I think it is indisputable evidence of what they are truly about and what they are made of. I know Michael Grimm and I know he has exemplary character and is a man of integrity, perhaps not perfect, but rather human and as such fallible. I also know, this remarkable young man has given almost his entire adult life to serving others and I have seen it with my own eyes as I've watched with overwhelming pride. I have personally been the recipient of his compassion and caring.

Most people who know Michael can easily extoll his praises as a man that can be counted on when the chips are down and how he is beyond reliable when he gives you his word that he will do something, but I have a very unique perspective and have witnessed his heart and a side of him that explains why he has given so much for so long. Michael may be one of the most caring and compassionate persons I have ever met; at my age I can barely walk and rarely leave the house, but Michael calls me every day, visits me several times per week, brings me food, checks with my doctors and so on. In short, Michael has become one of my primary caretakers. Even though I no longer have much to offer him other than my moral support and words of encouragement, Michael has remained steadfast and loyal, taking great care of me, often spending Friday or Saturday nights with me to watch boxing matches on TV when I know he has other places to be. Never once has he complained about running around to get me what I need or spending a few hours just keeping me company and listening to me tell him stories about Korea, or serving with President Reagan, even though he heard those very stories dozens of times before. He has become a son to me and he very much acts like you would want your son to act, simply with love. As I sit and write this note, it all comes into clarity what Michael has always been about: making this place, our country, our home, a better place to live and he has done so selflessly because he loves doing it. As someone who lives in constant pain, often unbearable, I desperately rely on Michael's routine visits when he changes my medicine patches that stick to both arms and forces me to eat when I just don't have the strength. I guess what I'm saying your Honor is that for my own selfish reasons, I need Michael as much as his mother and sister.

I'm sure you know that Michael was one of the FBI's top undercover agents working under extremely dangerous conditions for years at a time. I didn't believe it at first, thought Michael was "puffing" or exaggerating as some of the stories seemed almost unreal. After speaking with a few of his FBI colleagues, one of whom was acknowledged as one of the top 10 FBI Agents in the history of the FBI, I realized Michael was actually down-playing the extent of the danger and stress he was subjected to. The only thing I want to say about his FBI service is that it should speak for itself. It is not about his bravery and heroism that should jump off the page when reading about Michael, but rather his selfless and consistent acts whereby he put himself in harm's way to protect others and the values we believe in. All of these years of service from the Marines and the FBI to his 4 years of exemplary and dedicated work in Congress, should tell you something about the person Michael is and the person he has always been. It should tell you of his character and his integrity better than any one instance or article in the newspaper.

Beyond the dedication to his community and our great nation, Michael is an unbelievable caregiver to his mother and sister. I remember how he would worry about his mother, a diabetic who suffers with emphysema, and how hard it was for him to travel to Queens from Staten Island to take her for her medical appointments and such. He discussed with me how he wanted them to move in with him in his small house so he could better take care of them. After his mom had to be hospitalized several times for becoming unconscious due to low blood sugar, Michael was finally able to convince them to move in. Although it isn't easy on him, he has peace of mind knowing that his mom hasn't had to go to the hospital since she moved in with him and he still takes her to her appointments in Queens as necessary. Bottom line, Michael has been the foundation for his family since his father passed away in 2008. He has managed to juggle all the responsibilities of public office and caregiving to his mother and dependent sister in addition to all the remarkable things he does for the community.

Yet, here we are and you are in the position of passing judgment on this man and in so doing having an effect that will alter his life permanently. Your Honor, there is no question that Michael made a big mistake, albeit a very common mistake, but were his actions so egregious, so heinous that he should be punished well beyond what is necessary? I think not. I've practiced law as I mentioned earlier for over 6 decades and this case perplexes me. I do hope that in your sentence you will consider that such an offense has, according to the press I've read, always been a civil matter handled with a fine by the Department of Labor. This not only perplexes me, it disturbs me. What I worry about most of all is the precedent that will be set and the message that we are sending to the ordinary citizens some of whom may be thinking of becoming public servants. This country desperately needs good people to step up and serve in public office but I can tell you that I have been inundated with messages from ordinary folks from lawyers to doctors to police officers and the like, all of whom are disturbed by the case before your bench concerning Michael Grimm. I have received calls from both ends of the political spectrum and everyone in between and the feeling is shared by all that this case is before you because of political influence and not the interest of justice. That being said, I recognize that how the case got before you is not legally relevant, however, you can at this point make a resounding statement in your opinion and most of all in your sentence. Your Honor, I humbly and most respectfully ask that you recognize that Michael Grimm has already been punished and has already lost more than any other restaurant owner similarly situated and thus a non-custodial, probationary sentence is not only appropriate for Michael, but may also help to restore the faith of those watching this case with respect to their opinion of our legal justice system. Michael Grimm has lived an exemplary life of service, has been a consistent role model for our youth and has been a compassionate and caring person for his entire life. I ask you please allow him to continue being a caregiver to his family that he may continue to earn a living and pay his debt to society through restitution and to not allow this aberration, this mistake, to ruin the rest of his life considering how much he has already lost. Michael may not be perfect, but I can tell you I need him, his family needs him and given the opportunity he will continue to be a great contributor to his community and this country- you can count on it.

Thank you, respectfully,

Guy V. Molinari

P.S. I was recently asked that after more than 70 years in politics (I campaigned for my father for NYS Assembly in 1941) who was the best or whom did I respect the most in the political arena. My answer was Michael Grimm because he was the most dedicated, hard-working and compassionate public servant I have ever met.

Dear Judge Chen,

I am writing this letter on behalf of Michael Grimm who I have come to know as a wonderful, kind-hearted person that has worked tirelessly to make a huge difference in the lives of so many in Brooklyn. When we first met we bumped heads to say the least because we both have very strong personalities, but when I needed him he was always there. I am a community activist in Bay Ridge and help the Yemini community, of which I am apart. I can say that Michael Grimm was one of the most caring and respectful politicians I have ever met, and I deal with a lot of them. He truly served with his heart and made everyone feel important even when he couldn't help which was rare.

Please let me share a few examples of the miracle work that Michael did for our community and how his tireless efforts actually changed families lives forever. A man in the community was distraught that his young daughter, a US Citizen, was being held like a captive and abused in Yemen. She left Brooklyn College to travel to Yemen to meet her new husband's family when he changed and became abusive threatening to kill her if she notified her family and starving her among other abuses. The father finally found out the situation and went to take his daughter home but she could not leave with her American passport without an "exit Visa" signed by her husband. Neither the US Embassy or the State Department could do anything. The man went to every politician he could including both the US Senators of NY, all said they couldn't help because it was Yemen law. I brought him to Michael Grimm and the miracle began. Unlike the other politicians, Michael personally handled the matter and called every official he could in both countries. He opened his office at midnight to make and receive calls because of the time difference. He was preparing a trip to go and bring her home himself, which led the Yemini government to put pressure on the family to let her leave the country and she was finally returned to her father in Brooklyn where she was born. The doctors said another week in captivity and she would have likely died. I firmly believe that if Michael wasn't such an aggressive and strong advocate, she would have died and this man would have lost his daughter.

I know you are busy, but I'd like to share just one more (even though there are many) example of Michael's amazing good heart. A young boy was orphaned in Yemen and only had one relative in S.I., NY who was willing to adopt him and did. However, the Immigration Department basically said it couldn't be done and the lawyers were at a dead end along with any hope for this child who was living on the dangerous streets completely alone in the world. Michael Grimm took up his cause like a crusade and spent more than a year fighting with Immigration to finally get their approval but that was only half the battle. Then the State Department refused to give the visa because Yemen didn't acknowledge adoption only legal guardianship. Michael Grimm worked relentlessly for another year to have Yemen change their wording and for the State Department to change its policy! This is unheard of and is beyond the call of duty to say the least. The boy is safe living in Staten Island today, I know in my heart that without Michael Grimm he wouldn't be.

Thank you for taking the time to read my letter and I ask that realize that Michael Grimm is truly an amazing person that would do almost anything for anyone. The Yemini community has always been ignored and doesn't have any clout at all, but Michael always treated everyone one of them he met with sincerity, respect and a kind, caring heart. Michael deserves your leniency and mercy because of the wonderful person that he is and has been to so many. Please show him the same understanding and compassion he has shown so many.

Respectfully,

Katherine Khatan
Katherine Khatan

Dear Hon. Pamela Chen,

I came to know Michael Grimm a little over five years ago, when he began his quest for congress. In some ways, he was just an average citizen with no political experience or connections that normal candidates for office usually have; he was just someone who was frustrated with the status quo and wanted to do something about it. But his resume and life experience were anything but normal. As is now well-known, his experience as a United States Marine Combat Veteran and FBI Special Agent gave him unique credentials to become a United States Congressman. I had been involved in politics with elected officials for ten years at that point and decided that I wanted to be a part of his campaign. We became a grassroots movement that was attracted to Michael's zeal and patriotism in the summer of 2010. So many young people were inspired to join that campaign and participate in a momentous election.

Many young people involved in that initial election would go on to intern in his office in Washington DC, Brooklyn, and Staten Island, join the military, further their education, and consider jobs as prosecutors and FBI agents. I mention all this because of the importance and the essential nature to good government that charismatic leadership provides if directed toward positive goals. I've never worked for or been part of a movement that inspired so many people at a grassroots level to do such good work for the benefit of their country and to want to serve their country and their community. Michael Grimm deserves tremendous gratitude for his work and furthering that inspiration. Some people may say that he was just charming, but it was more than that. Leadership and service must be built on a solid foundation of inspiration, and he inspired many. I believe whole heartedly that our democracy, government, and way of life does not just exist on its own; it must be constantly built and rebuilt with every generation, led by those few who inspire us to believe and participate in things that are greater than ourselves. Grimm's role in that endeavor cannot be understated as he epitomized working and sacrificing for something more important than one's self.

And of course, that campaign was successful and he was elected congressman. I was happy to be a part of the campaign and was excited to be welcomed to join his staff as we set about to serve the constituents of the 13th Congressional District (now 11th). I've worked for other elected officials prior to Congressman Grimm and I have been a resident and constituent of other congressmen serving the 11th district and can honestly say that from day one, there was a dramatic change in tone as to how we were going to be represented in Washington. Needless to say, as a staff member for Congressman Grimm, I knew that he intended to do great things. Not only on the larger level but on the smaller level, on a case-by-case basis. Immediately, he got involved in the most minute details of a person's case if he thought it would make a difference and he was personally able to help. Often he would go to great lengths to solve a problem, no matter how small. There were many situations that never made the news, outside of Hurricane Sandy, the legislation he helped pass, saving Fort Hamilton army base from closure. There were many instances of individuals that were in need of some assistance that happened to cross his path and he took a personal interest in so many of them. He even visited an old man in the hospital, who had been the victim of personal fraud and identity theft. It is in times like these that you

see a person's true character. To help people in need is the call of duty for an elected official, but on occasion after occasion, Congressman Grimm went above and beyond that call.

Aside from knowing him as a boss and as my own representative, I consider him a friend and mentor. There have been many times over these past couple of years where my personal life has gotten very overwhelming and I was brought to the edge of my own emotional capacity. Michael was always there to cheer me up and help me get through it. There were times when I needed time to attend to my family and situations that were causing me great stress. He not only gave me the time off, but he intervened. More specifically, there is a history of alcohol abuse in my family. My father died a homeless veteran, due mostly to the disease of alcoholism, which had ravaged his life. This was not something that I publicly talked about much or told many people, but I was able to share it with the congressman as my own excessive drinking became apparent. What Michael did with me was life-changing. We talked, not only about my father's alcoholism, but his own father's as well and what it was like to deal with being the adult child of an alcoholic. His understanding and his willingness to work with me on my own problems with drinking helped me to become a better employee, a better citizen, and a better father to my own two boys. He supported me and encouraged me to seek the help that I needed to progress in my life. Some of my darkest personal times coincided with the very public struggles that Michael was dealing with and when I was at my lowest point, it seemed like he was as also and yet still he was an emotional rock for me to lean on and gain strength in my own personal affairs. I look back now and wonder how he could have had the strength to help me through such a difficult time, while at the same time, fight his own battles, both personally and politically. And for that I am eternally grateful.

Judge Chen, it can be said a hundred ways that Michael Grimm has led an exemplary life and it can be said that he went above and beyond what was expected of him as a representative in the United States Congress. And I can tell you, from the bottom of my heart, that this man has shown me love and compassion when I deserved it the least, but needed it the most. But most importantly, I ask you to consider leniency in any sentence without jail time, not just because of what he has done for his country, the citizens of his district, his family and friends, or for even me personally, but because all these examples prove that he still has great work to do. It serves no sense of justice for our society to have someone with Grimm's commitment to great causes and unprecedented abilities to be put behind bars. Rather, allow him to make his amends through good works. It's one thing to say that Michael Grimm is the kind of person you would want to call when you were in need, but it's another to say they have. I can say without hesitation that he was the person I called in my darkest hour and he came through for me. So please for the sake of those in future need, let that call go through.

Sincerely,

Liam McCabe

Brooklyn, NY

The Honorable Judge Pamela Chen
US District Court
Eastern District of NY

Dear Judge Chen,

I wanted to write you in regards to the profound personal impact Michael Grimm has had on my life and that of my husband.

We were in our house in Midland beach, Staten Island, when Superstorm Sandy hit our neighborhood in October of 2012. I cannot begin to describe to you the terror that I felt when the water started surging into our home. It was coming with such alarming ferocity that I quickly began to fear for our lives. We were able to find some refuge from the rising water in our top floor, but I was still in such shock and fear from what was happening that I truly doubted we were going to make it. We felt so isolated and alone and to be honest, we were hopeless.

It was during that horrible moment when the top of our house was peeking out above the water like an island that my husband's cell phone rang. It was someone from Michael Grimm's office – they told him they had been asked by the Congressman to get in touch with us. Unbeknownst to us, a family member had sent him an urgent email with our phone number and address, letting him know our dire situation. Mr. Grimm was out driving in the storm in an effort to help any and all that he could. He did this without thought or consideration for his own safety. As he has proved time and again, he thought only of others who were in need and tirelessly set himself to the task of getting help to those that needed it most. He instructed his staffer to call us right away to let us know that he was personally contacting every emergency official to get us rescued as soon as possible. Soon, we spoke to Michael himself, who reassured us that we would be okay, as he was calling from the local firehouse and handing them our address. Help was on the way and he would make sure it got to us. Never in my life have such words of comfort meant more to me, and I know they helped give me the strength to make it through that horrible night. Suddenly, we weren't so isolated; our Congressman was in harm's way just to ensure that we were not forgotten.

As you probably know, the impact of that night on many people has lasted for years. We are among those who still haven't recovered fully and we are still worried about the next storm. Fortunately, Michael Grimm is one of the few people who has been with us – and has been fighting for us – the whole time. We live in a flood prone area next to a creek and are hoping that our property can be bought by the government and returned to nature. So far as I can tell, Michael has been the driving force in giving my neighborhood hope that this could actually happen. Again, I cannot begin to tell you how much he has helped us and given us hope in our lowest moments. During those times when we felt that we were being forgotten, Michael was the one who kept us going. His compassion and sincerity allowed my husband and I to maintain our pride and not feel like we were begging.

The fact that a Congressman was personally there for us when we were in danger and never forgot about us in the months and years after is something I will never forget. I know that my neighbor's and many others in areas hit by Sandy feel the same way, and I sincerely hope that his caring and tireless efforts on behalf of those who had their lives turned upside down by Sandy will be factored into your determination.

It is one thing to posture and talk the talk but quite another to actually deliver on such promises made. In the months and years that have followed, Michael has been a constant in my neighborhood. Standing among his people with a hand on the shoulder of one while listening with full attention to the concerns and frustrations of another. It isn't just his availability; it is that he constantly seeks to be of help to those

who have come to depend on him. It is difficult enough to find this within our own families and friends but to find this in a Congressman, a man who didn't even know me prior to Sandy, is a gift and a promise of hope and faith in humankind. I humbly implore you to consider these things when deciding his fate. He has been a changer of lives and a doer of good for so many. The rarity of such traits in a man shouldn't be ignored. If anyone is deserving of leniency for his transgression, he certainly is because he has earned it not through words but through a lifetime of admirable actions.

With respect,

Daniela Columbo

Honorable Judge Pamela K. Chen
U.S. District Court
Brooklyn, New York


Dear Judge Chen,

I am writing to you regarding my close friend, Michael Grimm. I have known Mike for almost 25 years since we worked together in the FBI when he started his career on the midnight shift as an FBI support employee while going to College all day.

He is not only my best friend and Godfather of my daughter Julianna, he is also the named guardian of both my children, God forbid my wife and I both passed away. We chose Mike above others to be the guardian of our children because we knew Mike would always put their interest before his own and provide a loving and nurturing environment for them. He is a person that I respect that much. The Michael Grimm that I know has always been there for his family and friends and is one of the most selfless caring people that I know.

When my sister, Deborah Kobus, was killed on September 11, 2001, Mike was one of the first persons to go and offer support and comfort to my mother after working 12 - 14 hour shifts on the pile at ground zero with the other first responders. He spent many hours with me and my family during those terrible days because he cared. I remember him taking me to the various make-shift morgues that were set up where I could drop off samples of my sister's DNA in the hopes of finding her remains. I honestly don't think I or my family would have been able to get through my sister's death without Michael Grimm's support and friendship. His devotion and compassion to my family during such a tragic time is something I will never forget.

Several years later, when I reported wrongdoing within the FBI, Mike was one of only two FBI Agents that supported me and did not treat me as a "pariah". He would regularly visit me on the deserted floor where I was assigned (among 130 empty desks) at great risk to his career. Mike always believed in me and helped me any way he could for the nine years that my case dragged on. After enduring severe retaliation for being a whistleblower, I began to doubt my decision to report the wrongdoing; it was Mike that I relied on to lift my spirits and give me the confidence I needed to get through each difficult day. After nine long years and finally being vindicated, I thank God that I had a friend like Mike to carry me through this horrible situation.

I also remember there was a female FBI agent who had been beaten in a domestic violence incident. Mike, on a Sunday morning, raced to the hospital to support her. He did this because Mike always went out of his way for his family and friends. This is just one example on how Mike would do just about anything for his fellow agents and shows the big heart that he has.

Mike is not the person the news portrays. His life has been built around sacrifice and service to others. He risked his life serving as a United States Marines in the first Gulf War; he served the FBI as a Special Agent and eventually Mike ran for Congress to help people which he did in a tremendous way. These were not just career choices, they were the life that Mike chose to live; the unwavering dedication to serving others shows the real person he is and his good character.

Mike admittedly made a mistake which he will regret for the rest of his life. He is a proud person and the fact that he let his family, friends and supporters down has hurt him more than you can ever imagine. I ask that when you decide on a sentence for Mike, you take into consideration the totality of Mike's life and sacrifice for his country. Please consider how much Mike has already suffered with the loss of his career, pension, law degree, and good name. I would ask that you also recognize that Mike is the primary care giver for his ailing mother and sister who fully rely on him for everything. Please be lenient and merciful when deciding his fate because at his core Mike is good man that deserves your compassion. After serving for more than 34 years in the FBI, I have seen the very best and worst in people and can say without hesitation that Mike still has the very best to offer our society.


Respectfully submitted,

Robert Kobus

The Honorable Judge Pamela Chen
United States District Court Judge
Eastern District of New York                                                    April 22, 2015

Dear Judge Chen,

Michael Grimm is a caring man of intelligence and integrity. While the world may look at him and think life has come easy, in truth, he has worked very hard for everything, and continues to do so. I mention this because I believe we are a nation that rallies behind the underdog and Michael will never be perceived as such by the nature of his accomplishments and the qualities he displays; as a man he exemplifies the "golden boy " image Americans have grown to aspire to, even though his relentless journey couldn't be farther from the truth. And so in this regard, and as a member of the bar, I seek to respectfully affirm that the scales of justice are blind and implore your sentencing decision be based in law and leniency. I will not waste time reiterating his years of service as a Marine, in combat, an FBI Agent exposed to greater harm than most agents while he was undercover, a dedicated son, loving brother, caring friend, and exemplary Representative of the 11th Congressional District. However, those attributes cannot be discounted. Few among us can credit our resumes with such benevolent and selfless service.

I have known Michael for 6 years and was introduced before he became my Representative in Congress. Michael always makes a good impression, his sincerity and genuine, forthright nature is readily apparent and of course, like a good Marine, standing tall, well-spoken, courteous and engaging from the start. Upon getting to know Michael, you realize he is man of keen intellect, unyielding in his commitment to a task, and a person that while very tough- truly has a heart of gold. I have seen this first hand, after Hurricane Sandy, sifting through rubble, yet stopping to hug victims and give them a shoulder to cry on, even giving his own clothes to those in such despair. In a crowd, he is not just a Congressman, but a compassionate human being who gets down on one knee —eye to eye with children making them feel special and counted -even when every adult around just wants to get a few minutes of his time. Michael is regularly there for the middle of the night calls from our friend Guy Molinari, when he is ill, or has fallen and needs assistance (Michael is the emergency contact that the dispatch service calls when Guy depresses his emergency button hung around his neck). Michael would never think to say no, again once he is committed to something he is steadfast. These are the qualities of the man who will stand before you on June 8th but despite all of his accomplishments he is so much more than what you see and read.

This process went seven years into this man's past to find fault. I believe that breaking the law means one must face the consequences – but I also believe that while we cannot turn a blind eye to the law, we most certainly cannot turn a blind eye to justice. Breaking the law should result in one paying a price, and Michael has paid dearly. Michael's errors in business years before he held elected office cost his seat in Congress, any financial remuneration he would have received after such service, his law license and so many opportunities which will now be beyond his grasp. It has also cost the people of Staten Islands a fighter and staunch representative. I think this violation in particular has endured significant punishment especially in light of the fact that such conduct has always been punished with a civil fine, not a criminal prosecution. Our laws are punitive but also seek rehabilitation, I submit Michael has received more than enough punishment and respectfully pray the Honorable Court to allow him the opportunity to rebuild his life. Politics has no place in the law but in truth, this case is one that screams politics. I ask that you sentence Michael Grimm the man and not the Republican Congressman. The true measure of a man is not how many times he falls down but how many times he picks himself up. Michael has earned through a lifetime of goodness and dedicated service to others the opportunity to do just that and move forward from this day.

Respectfully yours,

Lisa Giovinazzo, Esq.

The Honorable Judge Pamela Chen
U.S. District Court Judge

Dear Judge,

As you contemplate Michael Grimm's sentencing, I would urge you to keep his record of incomparable service to this country in mind. Michael's dedication to our nation was made clear during his time as a Marine in the Gulf War. He continued his commitment as a member of the FBI, taking on difficult and life threatening challenges. I am writing to you today specifically to address his time as a Member of the United States Congress, because that is the role that I know best.

I was given the honor of representing the people of Staten Island and Brooklyn for 7 years. My father represented a similar district for 10 years. I thought I knew what it took to be a committed Member of Congress. Michael Grimm taught us all a lesson. Congressman Grimm was steadfast, dogged, and extremely productive when working on behalf of his neighbors. He attended almost every event to which he was invited, because he knew it was important to the grandfather, mother, protester, survivor, that THEIR Representative would take time to pay tribute, throw out the first ball, hear their concerns. He worked hard on legislation and the message was clear to his district office: We are all here to serve the public.

At no time was this more evident than in the aftermath of hurricane Sandy. I urge you to look at the SI Advance clips for that time. Michael is in so many of them because he WAS everywhere. He rode down streets and brought food and goods. He helped people to salvage what they could. (personally, with his own truck). Everyone knew in SI that Grimm was on it and he would not, and he did not let them down. He returned to Congress committed to get a flood insurance bill so that those neighborhoods could be returned. He was concerned, tireless and successful.

Michael did not win his re election by a wide- margin, even during a prolonged investigation, by accident. He won it because the men and women of his district knew that they would always come first and they truly trusted him. He did ,in fact, earn that trust: In New York City, undercover and on the battlefield. Please keep these accomplishments in mind.

On a more personal note, I have gotten to know Michael very well and the person he truly is. I can tell you as a concerned daughter he is an exceptionally caring and giving person that has shown my father such an incredible amount of love and dedication. Michael calls me regularly to give me updates on how my father is feeling when he has bad days with severe pain because Michael knows how worried I am after I speak to my dad on the phone and hear how horribly he is suffering. Michael checks on him regularly, brings him food and ensures he is taking his pain medication among so many other things. Most of all, he spends time with him and keeps him company. I know that my dad relies on him heavily for his care and I could never articulate the peace of mind I have as a result of Michael's caring for him. Lastly, I know how dedicated

Michael is as a son and brother, caring for his mother and sister. We have discussed his mom's ailments many times and how hard he fought to get them to move in with him after his father's passing. Please consider how much Michael has done for our country and community but also how many people like my dad, to Michael's mother and sister, desperately rely on his care giving when rendering your sentence. Michael made a big mistake but has a lifetime of good, caring and compassionate acts that should outweigh his indiscretions.

Thank you so much for your consideration.

Sincerely yours,

Susan Molinari

The Honorable Judge Pamela Chen
United States District Court

Dear Judge Chen,

   My name is Frank Moszczynski and I am writing in support of a fair and lenient sentence for Michael Grimm. I have lived on Staten Island for over four decades. Staten Island is where I have raised my two daughters and where they now live with their families. I have owned a small construction business on the Island for over 20 years. As you can imagine, my family has seen many politicians come and go, but Michael is good man and a great public servant, and I feel it is my duty to speak on his behalf during this time, when he needs the support of those he helped over the past few years.

   I voted for Michael in 2012, and again in November 2014. I resented the negativity surrounding his recent campaign, and the suggestions by the press and commentators that Staten Islanders were ignorant and misguided for supporting him. For myself and for so many Staten Island residents, who love this Island, our city and country--including many civil servants and veterans--there was no question who to vote for. Michael's work for us during his time in Congress, his honorable contributions as a young man, and his community relationships as a neighbor and friend, were always paramount. We were disappointed that he decided to resign from office.

   Michael EARNED my vote, loyalty and friendship through his tireless representation and advocacy during the worst storm Staten Island has ever seen. Sandy destroyed my home and the homes of every family in my neighborhood. Two of my neighbors, an elderly couple, were killed, and their daughter, who I found hours later clutching her deceased mother, will never recover. We were devastated, our lives were changed forever. But I say with the utmost sincerity, Michael Grimm was there with us that night, and every night after. Specifically, Michael came to my house late one night to discuss our community's longstanding problems and new goal, and then visited every property in my community and immediately offered his unwavering support. He then advocated and stayed with us until we were bought out by the State, a miracle that never would have been realized without the relentless work resolve of Michael Grimm. I would like to be very clear that I am not writing this letter because I feel I owe Michael anything, but because I know him to be a man of strong moral character that has dedicated his life to making the lives of others better.  He has shown my family friends and neighbors a level of respect and kindness that is worthy of recognition and for that I am grateful.

   Clearly, Michael is not a perfect person. He has admitted his wrongdoing in a most public fashion, taking full responsibility for a very common offense for which he should have to pay restitution. Frankly, as an ordinary citizen and working guy, I find it hard to believe that Michael would go to prison for this, as the jails would have lines out the door with restaurant owners from around the country if this offense was enforced with the zeal by which it is for Mr. Grimm. However, I respectfully appeal to your discretion and hope that you will consider his character, good work, the great price he has already paid and consider probation and restitution as an appropriate sentence. Thank you.

Respectfully yours,

Frank Moszczynski

1 Center Place
Staten Island, N.Y.

May 5, 2015

Honorable Judge Pamela Chen
United States District Judge
Eastern District of New York

Dear Judge Chen

I am writing this letter to you to introduce myself and to speak on Michael Grimm's behalf. My name is Marc Alvarez and I was the Special Assistant to former Congressman Michael Grimm. I am 51 years old and am a husband and father to two young men. Prior to having the honor to serve as Michael Grimm's assistant, I was a Second Grade Detective in the NYPD and only retired after 23 years of distinguished service to work with the Congressman. Prior to the NYPD, I served six years in the United States Marine Corps. I am sure by now, you can see the parallels between Michael Grimm and me.

I take great pride in living an honorable and respectful life. I have surrounded myself and my family with honorable and respectful people. That is why I chose to leave the career I am exceptionally proud of to work for and with Michael Grimm. Your honor, in my time with the NYPD I have sat across the table from many people of all sorts, victims and criminals. Some were petty criminals, some extremely heinous ones. As a result of the many years of exposure to them all I have developed a keen ability to see, hear and identify the good and the bad. Those who were guilty by their own fault and those who merely made a mistake or error in judgement. I tell you this, your Honor, because I know Michael Grimm is a good man. I left the NYPD to work for Michael Grimm because I knew he was going to do the right things for people. He was going to champion those who couldn't get it done themselves. Take on the causes no one had the courage too because of politics. I knew he was going to do what the people elected him to do, and that is to represent them. You see Michael Grimm is a Marine and former law enforcement and this is what we do.

As the Special Assistant to Congressman Michael Grimm, I had a front row seat to all that he had accomplished. From passing the most bills of any freshman in Congress, to getting landmark legislation passed and signed by the President when many seasoned veteran members of Congress told him he couldn't get it done. When Michael Grimm is told something is impossible or too "dangerous" that motivates him to succeed. For God's sake he was in a Humvee that was blown up, survived, then volunteered the next day to go on a near impossible almost suicidal mission and was successful. These are some of the things that many people know about Michael Grimm. I am sure you have been made aware of them already. But let me take this moment to tell you about some of the things I have witnessed.

During Hurricane Irene Michael Grimm was driving on Staten Island, patrolling the streets to see if there was anything at all he could do. He came across a middle-aged man standing at a bus stop. The man was soaked head to toe. At this time the hurricane had already hit Staten Island and all bus service had stopped. Michael Grimm went to the man and told him there aren't any buses running. When the man responded Michael knew the man was one with special needs. He offered to give the man a lift to wherever he was going. At first the man was reluctant but Michael convinced him. It turns out the man was trying to get back to where his brother, who had recently been hospitalized, was residing. The man's brother had been worried because he couldn't contact his brother. To say the least the reunion was extremely emotional.

I have watched Michael Grimm touch hundreds of people this way. From helping families with autistic children to digging out and gutting storm damaged homes. From delivering food and clothes to those in need to praying and supporting members of the Sikh community following a massacre in another part of the country. I have seen him pick up the tab for a Korean War veteran and his wife at a diner to getting lifesaving medication for a woman who's medical coverage stopped paying for. A woman, who is an American citizen was held against her will in a foreign hostile country was returned to the United States only because Michael Grimm was told it couldn't happen and he got it done.

I also have come to know Michael Grimm on a personal level. He has become somewhat of a mentor to my sons in helping them with college (I never attended and his counsel has been beneficial). He is the primary provider for his mother and older sister. He made a promise to his father before he died in his arms, to take care of them both. His sister, who is unable to work and his mother, who suffers from severe diabetes amongst other ailments, rely on him financially, emotionally and physically. Neither one is physically able to drive any distance leaving Michael to take his mother to her many doctor visits.

I have worked many long hours, many long days with Michael Grimm. I have been there when he struggles to push for what is right against insurmountable odds. I have seen him put smiles on senior citizens faces when he asks them to dance with him at their events. I have seen him look a child stricken with disease and tell her and her parents he will help them by whatever means. I have witnessed him help a World War 2 veteran to his feet, get him righted, and salute him.

Your Honor I would like for you to take a moment and consider something. We all touch people's lives one way or another. Some in the most profound way, like Michael Grimm has. Now let's say he never ran for Congress or joined the Marine Corps or the FBI. If that did happen, I can tell you this with the utmost certainty. Hundreds of families would have lost their homes, an American woman would still be subject to abuse in a foreign country, and not to be overdramatic, people would have died, because if not for Michael Grimm they would not have received the immediate medical treatment they so desperately needed. If he is not here who would care for his mother and sister, to honor the wish of his dying father. Michael Grimm has tried to give his all whenever he can to whoever he can. He has worked hard all his life to

accomplish the things he has. Nothing was handed to him. Yes, he made a mistake. We all have in life. I have witnessed many who have. Some of them are good people, this I know. They have been given another chance at life. They have taken responsibility and vowed to continue on the path of right.

Your Honor I am asking you to give Michael Grimm another chance. I am asking for leniency, for mercy. While you are deciding what would be just, know that Michael has already paid a very high price for his mistake. Judge him on his body of work, his lifelong commitment and service to this country and to the soul of the man. I have come to know a lot of things in my life your Honor, and I know Michael Grimm is a good man.

Sincerely and most respectfully

Marc A. Alvarez
Corporal E4 USMC
Detective 2nd Grade NYPD
Special Assistant to Congressman Michael Grimm

I have always found that mercy bears richer fruits than strict justice.
-Abraham Lincoln

255 Rudyard Street
Staten Island NY 10306

April 20, 2015

The Honorable Judge Pamela K. Chen
US District Court Eastern District
Brooklyn NY

Dear Judge Chen,

I am writing you on behalf of my former Congressman, Michael Grimm. I came to know Mr. Grimm through his tremendous efforts following hurricane Sandy. As someone who was personally and severely affected, I can personally attest that Mr. Grimm put his constituents before himself and served them without question or failing. Words are not truly adequate to express the difference his presence and efforts made to me and my family alone in our extreme time of need. There was no need to look for Mr. Grimm, he stood right beside us in the water and debris of what was once our lives.

On the day of his victory for his second term, he passed on celebratory activates and stayed where he felt he was needed most, with his constituents. This speaks volumes of the man. As a volunteer after Sandy, our paths crossed constantly. Be it at a house he was helping muck out or one of the many relief stations that popped up, delivering goods, giving people lifts or just lending a hug to console someone. He brought the tough issues to the forefront; he worked so hard in fighting for the many that were too beaten to speak for themselves. Understand, he had won his second term, it wasn't as a politician that he rolled up his sleeves and slaved beside his people, it is simply the man he is.

No matter the issue, when people asked," where do I go? Who will help me?" The answer became the same, Congressman Michael Grimm and his staff will. I'm proud to have had the opportunity to work alongside him, delivering meals, working on blithe issues within my neighborhood, attending civic meetings and other community based meetings to concentrate efforts where they were needed most. I have witnessed time and again his compassion, his empathy and his gentle heart in holding a distraught person, lending an ear, lending a hand. He shied away from nothing when it came to fighting for his constituents. It isn't only what he did; it was the passion with which he did it. His dedication to those within his district was a constant, not even his own issues took precedence over it!

His life-long dedication to service and his sacrifices should attest to the person that he truly is. This man has repeatedly proven his valor and conviction and his dedication to his country and countrymen alike. He has spent his life putting himself in harm's way in service to others., facts that should not be discounted or trivialized.

No man is perfect and everyone makes mistakes but these mistakes can never negate the overall good done. The lives touched by this man and his intelligent compassion and overall dedication of service to others shouldn't be ignored when deliberating over these matters and I pray that you take them all into account.

In closing I just want to emphasize that I have witnessed Mr. Grimm's relentless work ethic, his unyielding spirit but most of all his sincere kindness, compassion and love for his fellow human being. He gives of himself like none I've ever known, treating everyone with a level of respect that is rarely seen

among those in his position. He is truly a down to earth person with extraordinary talent that he consistently uses to help others.  I've seen him move mountains for people he didn't even know simply because they asked for his help and where they didn't, he offered it because it was needed. I respectfully ask that you show mercy in your sentence and allow him to get back to rebuilding his life so that he can find a way to continue his dedication and service to those who need, as I know he surely will.

Thank you & God bless you,

Stacey Sclafani

April 17th, 2015


Honorable Judge Pamela Chen
United States District Court Judge
Eastern District of New York

Dear Judge Chen:

I have known Michael Grimm long before his service to the Staten Island and Brooklyn communities as our congressman.

Throughout our relationship he has always extended himself to help others. People always recognized his leadership skills and constantly sought him out for advice, direction or counsel as they dealt with their daily problems.

The concern and compassion he has for people should not go unrecognized as he seeks leniency from the Court regarding his own problems relative to sentencing.

Unfortunately, the media would never focus on the many and meaningful good deeds he accomplished for the right reasons.

From helping a mother of an autistic child get services for her son to advising a group of teenage girls about abusive relationships and domestic violence...he would always extend himself to those in need.

The work he did with Wounded Warriors was heart breaking and often accomplished without cameras, reporters or seeking publicity.

He should have been rewarded for the 15-hour days he put in on behalf of the victims of Hurricane Sandy. His efforts and sacrifices far, far exceeded his duties as a congressman.

The message is simply that Michael has been helping people his whole life.

Michael put his own life on the line for us as he served our country. And as you know, thousands of people in Staten Island and Brooklyn continue to support him and trust that the Court consider his entire body of service before sentencing. He does not deserve to go to prison. The good that he has accomplished far outweighs the crime he was charged with in our minds.

Please consider this request as you decide the fate of this great American and please have consideration for his humanitarian qualities and deeds as you weigh the consequences of his actions.

Those of us who know him well respect him, appreciate him, and thank him for his service.

Once again, we are requesting leniency regarding his sentence.

Michael has already been punished.  His career, his reputation and his future have been devastated.  He is extremely remorseful.  Although an option, incarceration will serve no meaningful purpose and would be viewed as severe, excessive and mean spirited in relation to the law that was broken.

Respectfully,

Bill D'Ambrosio
40 Vail Avenue
Staten Island, NY 103039

Arthur Cappabianca
155 Decker Avenue
S.I., NY 10302

The Honorable Pamela Chen
US District Court Judge – EDNY

Dear Judge Chen:

It has been my honor to know Congressman Michael Grimm for at least the past 6 years. Throughout his terms in office not only has he been a tireless advocate for his constituents, to many of us he has been our dear friend. That is mainly because when the condition of the people of the district was at its lowest point, Mike was always there to set things right however he could, not only as a Congressman, but as a compassionate human being that cared about every person that crossed his path in need. During hurricane Sandy, Mike wasn't giving sound bites, he was up to his knees in muck physically helping people out. When veterans, of which I am proud to say I am, couldn't receive benefits they were entitled to, it was Mike Grimm on the case getting results that were often long overdue and in many instances previously denied after other elected officials had tried to attain them. I can tell you that what made the difference in most instances was Mike's passion and can-do attitude combined with his sincere desire to make things right, often putting himself in the shoes of the person that required his help. He put everything he had into getting results for those in need and it showed in the profound difference he made in the lives of so many. There was no reasonable request that could be made of him that he wouldn't immediately act on. Republican or Democrat, affiliation didn't matter, status didn't matter, if you needed help, he was there.

Mike apparently made a poor choice in a previous endeavor for which he is being called to account. I'm writing you to lend my support to a good man who deserves a merciful sentence that does not include incarceration. I know Mike to be of strong moral character, a genuinely caring and giving person for his entire life and his good deeds, which are voluminous, speak for themselves. This honorable man has suffered the loss of his office (his passion), public ridicule in the press and the probable loss of his law license which will have a devastating effect on his future. I sincerely ask your honor to bring this sad episode to a compassionate and reasonable end and allow this good man to get on with his life, a life I am sure will include serving others and our community.

Thank you, truly yours,
Arthur Cappabianca

The Honorable Judge Pamela Chen
US District Court Eastern District
Brooklyn NY

Dear Judge Chen,

I'm writing you in regards to Michael Grimm. I have had the opportunity to get to know him through his work in the community. Our paths have crossed many times due to the fact that his dedication and respect for his constituents and the community make him extremely accessible.

Whether he is speaking with the elderly, our youth or anyone in between, his level of respect and concern for those he deals with is admirable and impressive. My mother has Multiple Scorosis and is in a wheelchair. Most pay her no mind yet whenever Michael see's her, he makes sure to kneel down, make eye contact and make her feel like she is the only one he is interested in those moments. To most, this may not seem like a big deal but for my mother and those who are different then the "norm", I can tell you, it is proof of the dignity and respect he carries himself with and affords to others.

Perhaps I am just more sensitive to such things. As a young gay woman I am extremely familiar with being treated differently and being judged for my lifestyle. I feel compelled to write this letter on his behalf because of his consistent and fair treatment of all. His compassion and effort is given equally to everyone no matter the differences of beliefs, lifestyles, age, disabilities or anything else. He is a believer and a supporter of the American dream and plays a strong role in assisting his constituency in obtaining it. These characteristics are not only rare but needed within our society.

It is my opinion that he has paid highly for a common mistake made. In your judgment of him, I hope that you will consider the very special, caring and giving person he has been his entire life and not solely by his mistake.

Respectfully Yours,

Stefanie Ellis

Dear Honorable Judge Chen,

It was just over 5 years ago that I receive a phone call from a dear friend and colleague, Guy Molinari, about a young man that was running for elected office, Michael Grimm. I was excited to meet him because I had never heard Guy get so enthusiastic about a candidate before and I was already impressed by the service and sacrifice Michael had given to our country. After meeting with Michael, I can honestly say that I saw exactly what my friend had seen in this young man and more. You could tell after spending just a few quality minutes with him, that he loved public service and more importantly, believed in it. Michael truly believed he could be a force to make a positive difference for the people he represented and it turns out he was right.

I don't think there is any question as to how dedicated Michael was to his work or that he was indeed effective, but what many wouldn't know unless they actually knew him, was the fact that Michael gave his heart and soul to people on a regular basis. Many know of his hard work and relentless efforts for Sandy victims but that was not unusual for him, rather the norm. On a daily basis he would go above and beyond for most anyone that needed his help. In my opinion these are the hallmarks of a good person. I have known Michael to be smart and well-spoken with a sincere, even profound sense of respect for others. He is certainly a very caring person and overall a man of strong moral character, even if he is human and did make a big mistake as a small business owner. As surprising as it is that Michael could have made such a terrible error in judgement, it makes some sense to me because his greatest strength is that he is unusually real. By real I mean as a human being, not pretentious or phony in any way but straight forward and unfiltered. At the end of the day no one is perfect and anyone can make a mistake, but it shouldn't result in their damnation or ruin.

It must have been very difficult for Michael to come forward, admit his mistake publicly and accept the consequences. Consequences that ultimately led to his giving up his career that he worked so hard to attain, tarnishing his name and reputation, being drowned in legal bills and possibly losing his law license, severely reducing his ability to earn a good living in the future. I think the fact that he accepted responsibility under extremely strenuous conditions, to include the constant demeaning by the media, is strong evidence of his character and integrity. It also speaks to his bravery and courage, but those are traits Michael has exemplified his entire adult life as a United States Marine and FBI Agent.

It just appears to me that the price paid by Michael for the mistake he made so many years ago in his first business venture has more than satisfied the punishment due by any reasonable measure. I also feel that when looking at Michael and this mistake we must take into account his entire life of giving back to our society and all the good works he has done.

I would be remiss if I didn't mention another and possibly one of the most important and redeeming qualities that Michael personifies, which is simply caring. Michael regularly cares for my friend Guy who in his late 80's, can barely walk and is basically homebound. Guy calls me regularly and often mentions how grateful and lucky he is to have Michael care for him several times per week and how beyond the physical care of ensuring he eats and takes his medication; simply having the companionship means the world to him. The loyalty, dedication and love that Michael shows for my friend Guy tells me an awful lot about the quality of the person he is and I hope your Honor you will consider that in your deliberation.

I pray that the Honorable Court in its discretion, mercy and justice, relieve Michael Grimm from any further penalty that would prevent him from earning a living and supporting his family.

Thank you for taking the time to consider my thoughts,

Michael F. Manzulli

737 Liberty Avenue
Staten Island NY 10305

April 20, 2015

The Honorable Judge Pamela K. Chen
US District Court Eastern District
Brooklyn NY

Dear Judge Chen,

Michael Grimm is a man of great warmth. My family and I lost our home and everything in it during hurricane Sandy. We were distraught and clueless of where to go to get help. Then I met the Congressman and we no longer wondered where we would get help, we were no longer alone. Mr. Grimm was there with us every step of the way, personally. We didn't have to call, he would show up to check on us, on our children.

I was the victim of contractor's fraud. As you can imagine, this was devastating for us. We were trying to rebuild our lives against all odds! Mr. Grimm fought diligently beside us and on behalf of us and got our money back so we could forge ahead. My water bill was astronomical even though I hadn't been home in many months; he assisted not only me but everyone in my situation by being our voice and getting this issue resolved. While our community battled many issues from the above mentioned to flood insurance hikes, Mr. Grimm battled hard from our flooded shores to the floor of Congress. I could never express what this meant to me, my family and my neighbors. The difference he has made in our lives and the lives of everyone he has touched is immeasurable.

He is a man who gets results because of his strength and dedication. He is caring, kind and a gentle hearted person. He is a difference maker that lends his passion and strength to carry others through. Where we would be without him, I'm glad to say, I don't know. I will be forever grateful to him for helping my family and my neighbors and for never giving up on us where it seemed everyone else did. Our community is stronger today then it ever was because of him.

I humbly ask that these sentiments and facts be considered in your decision making. Mr. Grimm is a man who changes lives and improves the community. This means a great deal to those of us that know the man behind it all who have reaped the benefits of his hard work, dedication, huge heart and at the time when I needed it most, simply and most literally, a shoulder to cry on and a strong hug! . Our community, our world needs men like Mr. Grimm.

Thank you,

Stephanie Argento-Beharovic

April 14, 2015

The Honorable Judge Pamela Chen

United States District Court Judge

Eastern District of New York

Your Honor,

The purpose of this letter is to respectfully request that Michael Grimm be spared any incarceration. Allow me to introduce myself. My name is Michael Marino and I retired from the NYPD on September 30, 2014 due to multiple injuries received in the line of duty after completing thirty-five years of service. My rank at the time was Deputy Chief and I had been assigned as the Executive Officer, or second in command of Staten Island since 2010. I was promoted to Captain November of 1997 and commanded two precincts in very busy, diverse communities that had historically experienced high rates of crime and violence. I was also second in command of Patrol Borough Brooklyn North which also experienced the same. I submit these facts not as a resume but to highlight the fact that to be successful in our efforts to improve quality of life to the residents in these communities, it was imperative that the police and elected officials work hand in hand toward the same goals. My interaction with elected officials was extensive and spanned eighteen years. As you can imagine, I met many and we were almost always successful in our relationships and efforts. After my assignment, I became acquainted with Congressman Michael Grimm and was immediately impressed with this man. He had served his country honorably in the military, worked for justice with the FBI and was now improving the community that he lived in as an elected official. As I have stated, I have worked with many elected officials and I can honestly say that none have impressed me as Michael Grimm has. He was always available, day or night. No matter was too trivial or troublesome. I can state that I firmly believed then and now that Michael Grimm sincerely and honestly cared about **ALL** of his constituents and worked hard twenty four hours a day, seven days a week on their behalf. I always knew what he was thinking and how he felt because he was forthright and honest with his opinions. He was willing to forego any disagreements or differences in philosophies and beliefs in order to get the job done for his "people". As you are most probably aware of, in 2012 Staten Island was crippled with a devastating hurricane. I was present at the World Trade Center on 9/11/01 and witnessed the collapse and destruction of that site and while nothing will ever compare to that event, this storm came close. Thousands of families were without homes, food or clothing. Nearly all of Staten Island was without electricity. To make matters worse, no additional manpower or assistance was available from other boroughs as they also were dealing with the after effects of this natural disaster. Two days after the storm, a task force consisting of the Police Department, Fire Department, Sanitation Department, Federal agencies and local utility companies was formed in order to restore life to normal on Staten Island as quickly as possible in addition to undertaking the monumental task of distributing supplies that were coming in at a phenomenal rate of

speed and maintaining order and assisting those in need in order of priority. Michael Grimm was at the forefront of these efforts. Indeed, without him, the job would not have been accomplished as quickly and efficiently as it was. I cannot say enough about this. If I had never had any dealings with him prior to the storm, his efforts in the recovery would be enough to inspire me to write this letter to you. For him, it was just another day at the office. To further demonstrate what this man has meant to the people that he represents, let me point out the last election. I think that we can all agree that we live in a time where people's opinions and votes are greatly influenced by the media. Prior to the last election, Michael Grimm was the target of constant media attention. People were constantly being reminded of the allegations and charges against him and yet he still won the election by a large margin. The voters, according to opinion polls, were not pleased about the charges but still believed in this man and the job that he did for them every day enough to re-elect him in spite of it all. I was one of those voters. Your Honor, I also gave my adult life attempting to make my world a better place by pursuing criminals and when necessary, attempting to have them removed from society. I say when necessary because I believed then as I do now that jail was not always the remedy and to be applied as a last resort. I cannot fathom how incarceration will further serve the ends of justice in this matter. This is an individual who has served his country well and honorably in many different capacities. I make no judgement on the charges at hand. I can only cite this individual's efforts and achievements and can imagine the sense of loss and devastation that he now feels and believe that, in and of itself, is punishment enough. I know this man to be proud, honest and a true patriot and truly believe that incarceration would serve no purpose. I respectfully implore Your Honor to take all these facts into consideration and spare Mr. Grimm any further loss above and beyond that which he has already experienced and allow him to put his life back together.

Respectfully,

Michael A. Marino

Retired Deputy Chief

NYPD

Sean T. Cosgriff

535 Carlton Blvd

Staten Island, N. Y. 10312

April 13, 2015

To:  Honorable Pamela Chen, United States District Court Judge Eastern District

Re: Michael Grimm

Your honor,

　　I am a retired NYC Police Officer, a father of four and an Honorably Discharged, US Marine Corps Veteran. I have known Michael Grimm for many years, first meeting him as a United States Marine, I served in the same unit as him. He is younger than I am. I did witness his determination, dedication and selflessness as a young Marine. In fact he did distinguish himself on the battlefield as he served our country in Operation Desert Storm. His public service reputation is distinguished and does speak for itself. He is also human, as we all are.

　　In recent years we have re-connected, I have found him to still have that same resolve. He made it his personal business to give back, whenever called upon, humbly responding to any request he could fulfill, immediately. His actions were always genuine. My experiences with him were when I asked him about helping out with support for Autism programs, that my daughter participates in, which were being challenged with cuts, he immediately responded and with answers and support. His attention to detail as a Congressman, showing respect and support to community/veterans organizations is unparalleled in my opinion. He cares so much about the community that represented. He was always willing to learn and listen, he made it his business to contact my parents; Edwina and Gene Cosgriff who headed a community organization to stop the building of Liquefied Natural Gas Tanks in populated areas, and their involvement with the Staten Island Right to Life Committee. He also made sure my father was invited to his inauguration, for which my father was very honored to attend. His attention to the needs of Veterans organizations, such as the Marine Corps League and the VFW are nothing short of remarkable. He is always available to help. He epitomized dedication to his constituents, whether it was a Natural Disaster, a Community Fundraiser or just answering a simple question. He was always there for us.

Michael Grimm is a great man, I for one as many am glad to say that. I am publicly appealing to you for your sense of compassion in your determination with the outcome of his immediate future. I believe leniency is the best course of action in this legal situation, I really don't think it would serve any purpose if he is incarcerated. Whatever mistakes that have been made by Mike, are common, I am sure there would be a long line of others who were in that same position, that were never nor will ever be brought to justice. That being said, it still doesn't make it right, Michael Grimm has lost enough and I am sure the loss of his career and public humiliation has taken a tremendous toll on him and his family. Please consider my request for leniency for Michael Grimm and that this matter will be put to rest, so he can go on with his life and concentrate his virtues in the manner that he has exhibited, so many times before.

Sean T. Cosgriff

Thursday March 26th, 2015,

Your Honor,

My name Is Christopher Daley and currently hold the title of NYCD Emerald Society 2nd Vice President. I am writing to you in regards to former Rep. Michael Grimm. I have known Michael Grimm since 2009 just before he took office and I can attest to the fact Michael is a very good man. Michael, for as long as I have known him has dedicated himself to helping others in crisis situations and being there for his constituents through the most trying of times. Michael spent many sleepless days and nights during hurricane sandy helping out those who had lost so much. The former President of our society had lost his home and all of his belongings and Michael dedicated himself to being there for him and his family every step of the way. Michael fought for so many of his constituents from the battered and flooded shores of Staten Island to the hallways of Capitol Hill to help them rebuild their lives. Mr. Grimm was also a dedicated member of our society and helped out with a lot of our charity events.

In 2014 my family and I had gone through a traumatic death in our family in which our first born baby daughter died. This was probably the most horrific experience I have ever gone through in my life and Michael was there for me emotionally and supported my wife and I through the funeral and wake. This is something that I will always remember. When you go through a major tragedy in your life you really see the true character of the people that are in your life. As a law enforcement officer I respect the rule of law and of course being held accountable for your actions but on behalf of myself and my family, all we ask is that you consider all the good Michael has done for people in this great city in regards to the judgment of his case.

Regards,

Christopher Daley

April 22, 20015

Ross Decker, Jr
39 Mundy Ave
Staten Island, NY 10310

The Honorable Judge Pamela Chen
United States District Court Judge
Eastern District of New York

I met Michael Grimm on the corner of Loretto Street and Billop Street on November 2, 2012. My father and I went to Tottenville in the aftermath of Hurricane Sandy to see if there was any way we could help. Michael Grimm was the first person we spoke to upon arrival. With just a few moments speaking, the grief he felt for the people of Staten Island could be felt. Michael asked that we go to Great Kills to help as there were no community volunteers working there.

After working in Great Kills, Michael reached out and asked if we would go to Midland Beach to help a pastor running a tiny relief site on Hunter Avenue. We ended up staying at that site until the first week of January 2013. Michael Grimm personally came to my relief site or sent a member of his staff twice a day for the entire time we were there. He would come in the morning and ask what the people needed and his staff would return in the afternoon with the requested supplies. Bottled water, diapers, cleaning supplies, generators. Whatever the people needed, Michael Grimm got for them.

From those sad days following Hurricane Sandy my friendship and respect for Michael grew. He connected me with other local leaders looking to help. We charted a course for recovery on Staten Island together. A wonderful byproduct of this association and Michael's work in the community is Yellow Boots Long Term Recovery Group which I have the honor to have co-founded. The very first donations to Yellow Boots were directed there by Michael Grimm. Michael's leadership and dedication to the community is the blueprint we follow in the work of Yellow Boots.

Michael Grimm has acknowledged what he has done wrong and he fully accepts the responsibility for his actions. He is remorseful and will not reoffend. The purpose of this letter is to respectfully ask for leniency in Michael's sentencing. I ask the court to consider probation and community service. It serves no purpose to Michael or to the community to incarcerate him for any amount of time.

Thank you in advance for your consideration in this matter.

Sincerely yours,

Ross Decker, Jr.

The Honorable Judge Pamela Chen
United States District Court Judge
Eastern District of New York

Dear Honorable Judge Chen,

I am writing to give testament to the person that I know Michael Grimm to be and to ask Your Honor to be merciful and lenient in sentencing him. Obviously, Mr. Grimm has an impressive background of tremendous service to our nation, but I ask that you do not trivialize or overlook just how dedicated he has been for his entire life. Beyond the resume is also an extremely good natured and genuine person that would give you the last dime in his pocket and work through the night to help a perfect stranger that needed assistance. By all measure, Mr. Grimm is a giving, caring and selfless person that puts everyone before himself. I say these things because I've watched with pride as I've seen Mr. Grimm do extraordinary things for seemingly ordinary people and never once treat them with anything other than the utmost respect.

I can't even begin to articulate how many people have come to me singing his praises with gratitude and how they were blown away by his personal touch. Mr. Grimm was always personally involved with solving problems and issues, often going to someone's house to meet with them and discuss the problem and usually to lend a word of support and hope. He accomplished many things but the way he cared and reached out to make people feel important was amazing. These attributes are evidence of his good nature and strong moral character Your Honor and it has been a consistent pattern throughout his adult life.

I would be remiss if I didn't sum up his work as congressman by stating that his compassion and endless efforts (for Sandy victims, veterans, senior citizens, those with special needs and all of those in his district that faced tragedy or were simply in need of service), were always a step above and beyond the duty of an elected official. Mr. Grimm's genuine concern for people always shined through and resulted in many lives and families being positively influenced in a myriad of significant ways.

Just as obvious as his record of honorable service is the fact that he made a big mistake in the undertakings of his business years before he was elected to office, a mistake that he must live with for the rest of his life. However Your Honor, Mr. Grimm has already endured severe penalties, from resigning his office, likely losing his law license to losing his pension, not to mention the public ridiculing by the press. This good man made a mistake which he has fully and publicly accepted responsibility for, and is a most common occurrence in the business world that is routinely punished with a civil fine. He has truly paid dearly for this error and thus I respectfully ask that Your Honor is lenient in his sentence and that jail not be an option for this Patriot and compassionate servant.

Respectfully,

Frank Aversa

Kenneth E. Hansen
3465 Amboy Road
Staten Island, NY 10306

The Honorable Judge Pamela K. Chen
United States District Court (EDNY)

Dear Judge Chen:

I am a US Air Force veteran of the Vietnam War era and a retired NYC Police Detective.  As a Detective, I was assigned at one time to the Intelligence Division Dignitary Protection Unit.  This experience made me intimately aware of the responsibilities and demand put on our elected officials at all times, regularly requiring them to put their personal responsibilities and lives on hold for their service to the community.

With the experience I mentioned above, I offer my personal knowledge of Michael Grimm, not just the Congressman, but the person I know him to be.  Let me start by saying that I witnessed Michael performing in his official capacity during super storm Sandy and on other occasions, but his performance was well beyond that which anyone could call official.  He went so far beyond the call of his duties and led with his heart.  He reached people on a deeply personal level and gave more than just his time and efforts, but hope and inspiration.  I can honestly say I have never met any elected official that loves their constituents the way Michael Grimm loves his.  At my age and after all I have seen throughout the military and my law enforcement career, I admit that Michael Grimm made me proud and restored some of the faith I had lost in people and government over the years.

On one occasion, an Army Sergeant from Staten Island was killed in the line of duty, and I watched with great pride as Michael went out of his way to console the family and provide great encouragement.  I know he went to their home several times and on a few occasions just sat and cried with them and listened.  He was instrumental in memorializing their son's sacrifice by having the VFW Post renamed in his honor.

I recount many instances where Michael acted selflessly and made remarkable strides for ordinary people that had nowhere else to turn, but I think that it all comes back to the person that he is and has been most of his life.  He is just a man that cares deeply for others and will do whatever is necessary to help those in need.  He is always respectful and treats everyone as though they are special.  The only thing more extraordinary than his career of service is his passion for helping others and his dedication to being the voice for those that no one listens to.  His life of good deeds and his compassion for his fellow man should weigh more heavily than his misdeeds and that is why I ask you to please be as lenient as the law will allow in determining his sentence.

Sincerely,
Kenneth E. Hansen

To the Honorable Judge Pamela Chen:

This letter is being written by the undersigned on behalf of Michael Grimm who I've come to know on a personal level and who I respect and appreciate a great deal. I am a Director of YellowBoots Long Term Recovery Organization, Director of the Long Term Recovery Organization, and Citizen Member of NY Governor's NY Rising Program on Staten Island (All unpaid, volunteer positions). Having known Michael for the past three years in a Disaster Recovery capacity, I can attest to the fact that he is a genuine and compassionate individual that cares tremendously about his fellow human beings as much as he does about his country. We first met trying to assist Sandy affected homeowners when there was no one else lending a hand (City and State Government were locked in red-tape).

While reaching out to the vulnerable populations immediately following SuperStorm Sandy I was shocked to find out what a down-to-earth and regular person Michael was. While other politicians were smiling for the cameras, he was knee deep in mud helping homeowners pull relics of their past out of the flood waters. Although he was arguably the busiest elected official dealing with the storm recovery, he was the most accessible and easy to talk to individual I encountered. He did not just help but lead the effort to connect and support many of the grassroots organizations and churches like YellowBoots, Guyon Rescue, Si Movement Church, Light House tabernacle and the like. Not only did he help from a political capacity, helping to expedite recovery efforts and supplies to the area, he also asked his team, friends and family to help on their personal time. Michael had a huge following, and hundreds of people joined the volunteer effort that is still ongoing. What impressed me most was how personally involved Michael became, giving out his cell number and sitting with people to hear their plight and offer condolence and support on every level. It was amazing to see how he immersed himself in the lives of so many and delivered on his word to do whatever he could possibly do for them.

I can say without hesitation that Michael impressed me as a human being and inspired me to work as hard as I did to help my community recover. He inspired me by his actions, and really led by example, offering guidance and help without any heir of arrogance. Michael made everyone feel important and was willing to do almost any task no matter how menial or dirty, never acting like anything more than an ordinary person on the team. We came to him with every request under the sun and never once was he too busy to hear us out and lend a hand.

As a person who believes in giving back if you are healthy and able, I have to honestly say that this gentleman went above and beyond the call, and exemplified what public service is supposed to be about. Now that I have gotten to know him and consider him a friend, I understand why he was able to be so effective, he loves helping others and will always put you before himself. I may just be a volunteer and common citizen, but if I ever need help with just about anything, I sure hope that I can contact Michael Grimm because I know that no matter what he has going on in his life, he will do whatever he can to help me.

I ask as a constituent and lover of this island, Honorable Judge, to be lenient on his sentencing. He is a great leader, who is truly remorseful for his actions. He has already been so severely punished and has sacrificed so much for so many over his vast years of service. I ask you please to consider what a special and selfless person Michael has been and how much we here on Staten Island need a leader like him.

Thank you for your consideration,

Farid Abdelkader

The Honorable Judge Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201


Honorable Judge Chen,

My name is Greg Sokol and I am writing on behalf of Michael Grimm who has been a friend and neighbor for almost 10 years.

I am a firm believer that if you have good neighbors, you are lucky. Neighbors actually play an important role in our community and our lives. And being a good neighbor speaks volumes about someone's values and character. It shows respect and concern for others. Michael Grimm is a good neighbor!   He regularly stops to chat and assist elderly people. He actively listens and connects with families who stop him, sometimes in the street, or out to eat, or at the gas station, to ask for help with an issue that is troubling them. He looks out for kids with special needs. He takes time to praise and encourage teenagers who are doing well in school. He shovels snow for people with medical problems. Michael loves his community, he is respectful and he is considerate of all those who live around him.

There is no question that Michael is a man of exceptional character: he served his country as a United States Marine, put himself through college and law school, was a former undercover FBI agent, and he was a 9/11 first responder. As a United States Congressman he helped thousands of families, personally and through his legislation. He is a loyal friend and is kind, generous and accessible to everyone in the community. He is also a dedicated, loving son and brother.   I guess I can sum it up by simply saying that I know Michael to be a remarkably good person, worthy of redemption and ask Your Honor to please be as lenient as you can with his sentence.

Thank you,

Greg Sokol
211 Freedom Avenue
Staten Island, NY 10314

April 27, 2015

The Honorable Judge Pamela Chen,

I am writing this letter on behalf of Michael Grimm. I had met Michael many times during his years serving Staten Island, and was always impressed with his passion for the borough and all that we have endured. As many know him for his extreme dedication with helping so many during Superstorm Sandy and his unwavering commitment to rebuilding Staten Island, I had the pleasure of working with him and getting to know him simply as a concerned parent.

I was first introduced to Michael because I am an active member of my children's PTA and had many concerns from parents with regards to the Common Core program. He immediately became interested in what we had to say and took the time to learn our issues inside and out. Together we worked with many parents and educators on Staten Island to discuss concerns with the Common Core standards that had been implemented in our schools. We met time and time again in parent's homes and in larger settings as well to voice our frustrations. Michael always took the time to listen to us and was extremely knowledgeable. We would sit for hours discussing the things that we felt were wrong with the Common Core implementation, and how we thought it could be better taught. I was very impressed by the attention and time he gave to the parents and how he was genuinely concerned, offering real advice and help. I think the parents were amazed by how accessible he was and how easy to talk to. He gave me his personal number and I would often text him to set up meetings in a neighbor's home...he was never too busy to get back to me, was never patronizing and always treated everyone with respect. I can say for certain that Michael genuinely cares about the children and the future of this country.

Not only do I know Michael Grimm, the former Congressman, who was always there for Staten Islanders in many ways. But my family has gotten to know Michael Grimm personally and he is equally a wonderful person, who cares about people and who my 3 sons have come to know as a friend they look up to and admire. He plays football with them, runs around the park with them, and has even taught my son Justin how to tie his shoes. Michael is just a good person at his core that enjoys helping others and it is with this all said, that I ask you for leniency in Michael Grimm's sentencing. I know how sorry he is for his mistake and he has paid such a severe price already, I hope that you recognize the good he has done for so many far outweighs his errors.

Yours Truly,

Alberta Bettina Monachino

Honorable Judge Chen,

I am writing this letter on behalf of my husband and myself for Michael Grimm, who is a very close friend of our family. We live in Staten Island where we raise our four children. Michael spends a lot of time with us, and I feel it is important that you know what a great person he is when you decide on a sentence in June. I have not met many people that are as kind, and give so much of themselves to help or serve others, the way that he does. I'm not even talking about his official duties as a Congressman, or before that as an FBI Agent, which are publicly known. Instead, I would like to share the more personal side of Michael, and all the things I've seen him do just out of the goodness of his heart. For example, despite his schedule and responsibilities, Michael always makes time to recognize and attend special occasions. He is generous with his time and attention. He treats the older people in my family with respect, and he is adoring, patient and good natured with my children. My oldest son is ten years old and he admires Michael greatly. My five year old daughter is always elated that Michael plays cards with her. She is adorably in love. I would not trust just anyone with my children, but I trust him completely. Importantly, he is a reliable and loyal friend to my husband. These qualities are so important to us. The older that I get, the more I recognize that it is difficult and rare to find friends of this caliber.

Wherever we go with Michael, people are always stopping us to say hello and to wish him well. He is loved by so many people, which is a testament to the number of lives he's touched. I have witnessed first-hand people bringing their problems to him, and never once has he turned anyone away. He stops whatever he is doing to pay attention and help. On one occasion, a concerned mother asked him for advice for her teenage son who she feared was headed down the wrong path, and hanging out with a bad crowd. Michael gave his personal number to the mom, and set up a time for him to go to her house to talk to her son, which he actually did.

The point I'm trying to make is that Michael has a huge heart and never hesitates to use it to help whoever he can, no matter how big or small the problem. It bothered me and my husband a great deal to see how he has been portrayed and attacked over and over in the press. The man they talk about doesn't even exist, and is so far from reality that sometimes we are simply stunned. It is hard for us to believe that he must prove himself again now, after a lifetime of noble accomplishments. It is as if everyone behaves the way he does, and that dedicated service and kindness are commonplace. I think we all know that these qualities are unique and people like Michael should be granted a second chance.

We are not really political people, but its hard to avoid such topics when Michael is your friend. He has motivated and encouraged our civic involvement. I guess you could say that Michael just sets a tone and makes people want to follow his lead. He makes us want to get involved in our community. He is a very special person and I hope that this will be reflected in his sentence. He made a serious mistake with his business many years ago and he has already suffered a great deal. He is prepared to pay whatever he owes and he has many loving friends and family members who will support him in his efforts to continue to be a positive influence in society. If anyone deserves an opportunity to pay his debt by serving probation instead of incarceration, it is Michael Grimm. I hope and pray that you please consider my request.

With gratitude and respect,

Marissa Capone

Dear Judge Chen.

I am writing this letter on behalf of Michael Grimm and to share with you my experience with him as well as my personal opinion of his strong moral character and his overall goodness as a person.

I'm sure that you have received many letters detailing Mr. Grimm's tireless efforts for those of us severely affected by Super Storm Sandy, but I appreciate you taking the time to read my unique interaction and experience with him. My home was located in the Graham Beach section of Staten Island, an area that was literally destroyed by the hurricane. Additionally, my business was located in the direct path of the storm and sustained incredible damage. I was lost and at times completely ready to give up because the devastation was overwhelming.

Mr. Grimm came to meet with me and several of my neighbors and lifted our spirits. He didn't come as a politician offering trite words but sincerely offered everything he had from his words of encouragement and hope, to his heart and his back – he literally rolled up his sleeves and went to work mucking out homes. He didn't stop there either but regularly came to check on us and when things just seemed hopeless he gave us strength, and told us not to give up, because he would never. And He didn't.

I recall one night after we had all worked hard all day attempting to find anything that remained of what was once our lives and our memories that he was getting ready to leave and head to another part of the island that was ravaged by the storm and how even though he was completely exhausted he wouldn't just go home and rest he had to make sure he was doing everything humanly possible for as many as possible. I remember that I shook his hand but Mr. Grimm could sense I guess that I was distraught and he gave me a hug telling me in his own words that no matter what it takes we will get through this and rebuild...and I will be here with you for as long as it takes so don't give up on me because I have your back. It was the inspiration I needed to keep going and he kept his word. Mr. Grimm was the driving force in getting our area approved for the NYS Buyout Program.

I didn't know Mr. Grimm before the storm and I had no clout, political or otherwise, I'm just a regular guy struggling to survive like everyone else, but Grimm made me feel like I was family and his most important constituent. I can say he genuinely cared about me, my family and my neighbors. He worked to get my business back up and running as if he was the owner himself. He wasn't looking for a pat on the back because his satisfaction came when he saw the joy on peoples' faces when he was able to get things done. He cut through the red tape, and made things happen but most of all really connected with the community on a personal level.

As you know Michael was a Marine and FBI agent, always ready to help. It's the fabric of his life, it's in his DNA. Now it's our turn to try and help him. I hope you can take into account all the good he has done for people he has touched throughout his entire life. Please Judge Chen be merciful and lenient with his sentence. I know how sorry he is for his mistakes and how much he has already suffered since accepting responsibility. Thank you.

Respectfully I remain,

John Toto