

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

F. #2014R00763

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 25, 2015

By ECF

The Honorable Pamela K. Chen
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:    United States v. Michael Grimm
               Criminal Docket No. 14 CR 248 (PKC)

Dear Judge Chen:

       The government writes respectfully with respect to the briefing schedule in connection with sentencing in the above-referenced case.  Sentencing is scheduled to take place on July 17, 2015 at 10:00 a.m.  Presently, responses to the parties' June 19, 2015 sentencing submissions are due on June 26, 2015.  The government respectfully requests an extension of four days – until June 30, 2015 – by which the parties are to file their submissions.  Defense counsel consents to this request.

                             Respectfully submitted,

                             KELLY T. CURRIE
                             Acting United States Attorney

           By:    /s/James D. Gatta
                 James D. Gatta
                 Nathan Reilly
                 Assistant U.S. Attorneys

cc:    Defense Counsel (by ECF)
       Clerk of the Court (PKC) (by ECF)