UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

-against-

MICHAEL GRIMM,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

SATISFACTION OF JUDGMENT

Criminal Docket
No. CR-14-0248

(Chen, J.)

WHEREAS, a judgment was imposed against the defendant and in favor of the United States of America, in the amount of $148,907.11, that is, restitution in the amount of $148,907.11, plus interest and a special assessment in the amount of $100.00, on August 10, 2015, in the above-captioned case, and thereafter entered on the docket sheet by the Clerk of the Court on August 10, 2015; and

WHEREAS, said judgment has been fully paid as to the defendant MICHAEL GRIMM;

THEREFORE, the Clerk of the Court is hereby authorized and requested to cancel, satisfy, and discharge the same solely as to the defendant MICHAEL GRIMM.

Dated: Brooklyn, New York
July 25, 2017

BRIDGET M. ROHDE
Acting United States Attorney
Eastern District of New York
271 Cadman Plaza East, 8th Fl.
Brooklyn, New York 11201

By: /s/
PETER A. LASERNA
Assistant U.S. Attorney
(718) 254-6152